UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FT.WORTH DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

FEB 1 8 2021

CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | |
|---|---|
| James L. Rudzavice<br>Juan Bautista<br>Andrew Berko et.al..<br>　　　　Plaintiffs | §<br>§<br>§<br>§ |
| vs. | § |
| Eric Wilson, Warden et.al.. | § |
| | § |

Case No.

# 4-21CV-176-P

DEMAND FOR JURY TRIAL

---

### CIVIL ACTION PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 23 AND 28 USC § 1331 "BIVINS"

---

[1]      COMES NOW, Plaintiffs/Petitioners bringing this "Class" Action pursuant to Rule 23 of the Federal Rules of Civil Procedure and 28 U.S.C. § 1331 "Bivens" Action on behalf of themselves and the "Class" of Similarly situated individuals.

[2]      Plaintiff's each seek to repeat a class of current and future people in post conviction custody at FMC Ft.Worth ["Class"] including a subclass of persons who by reason of age and medical conditions are particularly vulnerable to permanent injury or possible death, called hereafter "Subclass."

[3]      The "Subclass" is defined as all current and future persons Incarcerated at FMC FT.Worth of any age who is suffering from "chronic lung diseas, moderate or severe asthma, serious heart conditions, conditions that causes to be immune-comprimised including cancer, bone marrow, organ transplant, immune deficiencies, Aids or Hiv, prolonged use of corticosteriods and other immune weakening medications, severe obesity, diabetic, chronic liver disease, under going dialysis or liver disease, among others.

JURISDICTION AND VENUE

This court has jurisdiction over this "Class" action under 28 U.S.C. § 1331 and § 1343(3)-(4). The matter in controversy arises under the color of Federal Law under "Bivins."

Venue properly lies in this district pursuant to 28 U.S.C. § 1391(b)(2), because events giving rise to this cause of action occurred at Federal Medical Center, Ft. Worth located in the Northern District of Texas, Ft. Worth Division.

PARTIES/DEFENDANTS

(1) Eric Wilson, Warden, of FMC Ft. Worth is and was at all relev ant times herein Warden of FMC Ft. Worth and responsible for the welfare of all inmates housed in at FMC Ft. Worth, managing the day to day operations and has failed his duty pursuant to 18 USC § 4042, is and was Deliberately Indifferent to the entire "Class" because of the excessive risk of harm and future harm, the loss of lifes because of this failure and Recklessly Indifferent to the Constitutional rights of this "Class" because of the inhumane con ditions of confinement allowed during his entire tenure.

(2) B.P. Waller, Unit Manager in the beginning was Unit Manager for Houston and Austin Unit and during this entire pandemic was in charge of both Units, both during the existing and pre-exisiting inhumane conditions of confinement, his failure to protect this Class from excessive risk of harm and future harm is Deliberately Indifferent to the excessive risk allowed this "Class," for loss of life, suffering and violations of the Class' 8th Amendment rights.

(3) S. Williams, the current Unit Manager is and was at all relev

ant times Unit Manager in charge of the welfare of all "class" members, has failed this duty, took no mitigating measures to change the inhumane conditions of confinement prior or after the virus is Recklessly and Deliberately Indifferent to the entire "Class."

PARTIES/PLAINTIFFS

(1) James Rudzavice #368-44-177

(2) Juan Bautista #22850479

(3) Andrew Berko #49341177

Mauro Gonzales #54772177

Charles Layne #28729064

Enrique Gamino-Perez#38723051

Kurtis Hawkins#31111380

Michael Henderson#73905112

John Jose Barajas#08331479

Yoo Heon J#27731078

Daniel J. Sullivan#34475380

Delvin Green#28367009

Mike Porter#74785112

Baron Jones#29020177

Dayton Williams#12472064

Chris Brown#43405177

Bryson Coleman#57818177

John R. Holt#39118177

Mark Palmer#41781044

Eric Staal#29204031

Victor Alejandro Valera Loredo#10373479

Johnny Joe Juarez#44244013

Jose A.Rodriguez #52163279

Shaun Meyer #11470025

Leonel J. Villicana#44573177

Pedro Pineda #42205379

Efren Madrid Jr.#24481480

Chris Merriman #20851026

Jose Mata Soto#14441047

Juan Ramirez#57923177

Floyd Wagner#28014078

Preston Bushard#08889046

Joel Salcedo#23659111

Samuel Condo#60645060

Paulino Carranza#50900298

Daryl Pawlak#54530177

Dylan Hedrick#31228047

McKay Stringham#25050081

Mark Yetter#53651177

Eddy Bullcalf#11899046

Dwight Branch#23892077

Ebube Otuonye#29268031

Jeremy Jerry Miller#56511177

Erick Mayorga#49457177

Mitchel Miller#54689177

Donnie Waldo Jr.#40763013

Jeremy Matthews#55521177

Andrew Luten#29100097

Billy Gentry#48754177

Steven Hill#25618171

Charles Davis#58696177

Chad Hammond#11934030

Perry Damen#28206078

Andrew Dickerson#43019044

Nicholas Hamm#34720479

Gordon Bagneschi#17257273

Tito Dominguez#75164408

Andres Adres Ramirez#76617380

Kevin Hutchinson#70396018

Mike Meeks#17489064
Charles Jackson#65797019
Benny Graham#82054280
Henry D. Jackson#54417177
Robert Young#21973017
Jerry Jackson#16527078
Christopher Lambert#94424051
#78104086
#11675062
Louis De La Torre#65991112
Joseph Hinojosa#59138177
Richard J. Baxter#10253046
Donald Dobie#03236122
James Rivers#21482078
Roger Roybal#11501046
Randy Sisneros #52695080
Jose James Ramirez#55472177
Kelien Thompson#59006177
Andy Crook#33594045
Jerry Malaer#22266078
Anthony Johnson#45839177
Joe  Sandoval#49735177
Eugenio Perez#90200053
Hal Harkrader#14716030
Charles Johnson#83808180
Fernando Artiaga#78357280
Lydsey Cox#21466078
Steven Hahnel#27472078
Daniel Miller#28835031
Joseph Kuykendoll#16141064
Noah Alonzo#59071177
Jamie Cortez#17657003
Mark Poirier#76243380
Derrick Holt#37198180
Emanuel Cervantes#60309177
Luis Cervantes#60310177
Rick Mofa#98500380

Edward D.Rodriguez#28522078

Jason Schepers#19593023

Jose Garcia #48310074

Leslie Williams#86820380

David Ricks#50903177

Joseph Hernandez#27161051

Robert Luong#14532408

Tommy Guzman#57722177

Michael Mendoza#08922068

Melvin Nowell#78098061

Miguel A.Galvan#58814177

Andrew Guerro#55345177

Joshua Amos#74978479

Davis Kirton#53240056

Marcos Olvera#81646079

Odumeqwu Ingram#09560017

Winston Martin#43186424

Justin Ray Holguin#98413280

Victor Bustamante#93278479

Roy Perkins#25970077

Justin Tatum#22948031

Timothy Sims#34704001

Rudy R. Tejeda#47379380

Charles Scott#23593380

Larry Branch#83659380

Blake Robertson#47927177

Kyree Barton#70489380

Ronelle Oudems#57348177

Mcmaryion Jeffrey#83165080

Derrick Frazier#19571057

Michael Shorter#77558380

Justin D. Regan#23732045

Jean L. Vargas-Malave#57172177

Michael Jose Sanchez#58300380

Taylor Higginbothom#58155177

Damien Kimble#13713078

Deshun Hall#59303177

Eliseo Arteaga #57896177

Eric Nevue #14760085

Kurt Bryant #31509480

Eric Hardin#35019044

Daniel McCormick#28183078

Danny Daugherty#30211034

Brian Morton#58178177

Christopher Moore#15205035

Jason Woerner#81623408

Dennis Boyle#75596097

Eugene Durst Self#76522080

James Milfred#48984008

Derek G. Toledo#81027051

Donald Gata#98865051

John Hitchcock#48260048

Dalton Woods#08454063

David Knowles#25269045

Ruben Santoyo#78239112

Josue Josua Coy#58138177

Tacorrius Jordan#26410078

Jonathan Lee#42626086

Jose Paco Villegas#80722079

Jose Rivera Nova#11701010

Cedano Martinez Domingo#59126177

Blake Trevino#35251479

William Craig#27969073

Rafal Arculeta Jr.#50140177

Ignacio Salcido#88965051

Pedro Zepeda#27789064

Kenny Chipres#75836112

Randal Joseph Bookout#49039177

Luis Alberto Mendez#65821112

Jason Aman #58115018

Steve Tyler #10040180

Jeremiah Gant #45976177

William Slattery #30321112

Kevin Borges #23145078

Leslie Strong #54862380

Andrew Searcy #45768044

Hector Valdez#54207177

Rafael Tovar#57573180

Jarvis Moblin#01239480

Miguel Angel Carreon#23497078

Pedro Gil III#97986179

Brian Chinn#21977078

Kenneth Mims Jr.#45502177

Jamar Richardson#56996177

Julian Cabrera#49453177

Guadulupe Mecedo #49248177

Kingsley Otuya #00372480

Jerry Sisco #33247480

James Johnson #44618379

Derrick White#54538048

Morgan Baldwin# 42859177

Christopher Flores#18603041

Victor Jones #08086030

Darien Reliford #15696035

## I. RULE 23

[4]      Under Rule 23 one or more members of a class may sue as representative parties on behalf of all members if as in this case (1) the class is so numerous that joinder of all members is impracticable (2) there are questions of law or fact common to his class; (3) the claims of the representative parties are typical of the claims of the entire class in this case that would be 8th Amendment violations among other things and (4) representatives parties will fairly adequately protected the Interests of the Class.

[5]      It would be a risk of inconsistent or very adjudications with respect to individual Class members that would establish incompatible standards.

[6]      Plaintiffs seek certification on behalf of a class of similarly situated persons under the notice stage of the Lusardi approach, at this First stage Plaintiffs must show that (1) there is a reasonable basis for crediting the assertion that aggrieved individuals exist; (2) these aggrieved individuals are similarity situated to Plaintiffs in relevant aspects given the Claims asserted and (3) these individuals want to opt in to a lawsuit. SEE...Tolentino v. C&J Spec-Rent Servs., 716 F. Supp 2d 642, 647 (S.D. Tx 2010)(quoting Morales v. Thang Hung Corp., 2009 US Dist. Lexis 717765 (S.D. Tx 2009).

[7]      In this "Class" all are prisoners during the COVID-19 lockdown at FMC Ft. Worth and all were deprived of minimally standards of decency which was a violation of their 8th Amendment rights under the cruel and unusual prohibition standard.

## II. PREEXISTING INHUMANE CONDITIONS OF CONFINEMENT

[8]    Before COVID-19 all members of this similarly situated Class were exposed to constitutional violations, Inhumane conditions of confinement that falls short of the 8th Amendment requirement it exists and still exists, lack of sanitation, filthy and over-crowded units, and bathrooms inconsistent with 8th Amendment standards of civilized standards.

[9]    There are inadequate ventilated bathrooms which total 8 toilets, 6 urinals and 6 sinks for an average of 200-340 inmates at any given time.

[10]    These pre-existing conditions are inhumane because of not enough adequate ventilation, not enough bathrooms that at times inmates have defecated in the showers leaving behind toxic human waste, bathrooms smell of Fecal matter alot of the times, urine on the floors with few toilets and lack of adequate space which causes tension and is a breeding ground for disease (before and after COVID-19) See...**Brown v. Plata**, 563 US 473, 131 S.Ct. 1910 (2011).

[11]    Due to the significant number of inmates use of the toilets.etc,. which is a ratio of 28 to 1 or at full capacity its 48.7 to 1 for each toilet, there is not enough hours in the day to keep this type of usage clean.

[12]    Unsanitary conditions that are severe or prolonged can "[U]nquestionably violate the 8th Amendment." See...**Anderson v. Libby Lobby Inc.**,477 US 242, 106 S.Ct. 2505 (1986); **Hudson v. McMillian**, 503 US 1,9, 112 S.Ct. 9956 (1992).

[19]    In no environment would the toilets to ratio, such as here, would be classified as humane but instead unconstitutional, notwithstanding the overcrowded cells which violates policy and the lack of sanitation during a pandemic.

[20]    Overcrowdedness creates unsafe and unsanitary conditions, a large number of prisoners who are forced to share a small area with very few toilets causes tension and is a breeding ground for disease. See..**Brown v. Plata**, 563 US 473 (2011).

[21]"overcrowding...bunk living arraignments violates both PS § 1060.11 and the 8th Amendment." See..**Haynes v. Bureau of Prisons**, 2020 US Dist. Lexis 226683.

In **Gates v. Collier**, 501 F.2d 1291 (5th Cir. 1974) this district court observed that correctional standards require a minimum of 50 Square feet of living area per inmate, to insure minimal lack's decency, and as a standard, by the BOP here is half of that per inmate in most areas which constitutes a violation of the 8th Amendment.

[22]    It is Deliberate Indifference to excessive risk of harm or future harm because all aforementioned Defendants were or is aware of the Inhumane conditions, but all turn a blind eye to the situation, therefore, act with a culpable state of mind in regards to these excessive risks establishing both prongs of Deliberate Indifference.

[23]    As stated in **Newman v. Alabama**, 559 F.2d 203 (5th Cir. 1975) population well over designed capacity Sanitation and

Security is impossible to maintain, inadequate bathroom facilities causing foul odor that violate the Public Healthy Standards. See also...**Ruiz v. Estelle**, 503 F.Supp 2d 1265 (5th Cir. 1980).

[24]    Inhumane conditions of confinement can take many forms and is the deprivation of the minimal civilized measures of life's necessities which violate the 8th Amendment. See..**Hudson v. Palmer**, 468 US 517, 104 S.Ct. 3194 (1984).

These inhumane conditions, as stated, result in "unquestioned," serious deprivation of basic human needs. See...**Rhodes v. Chapman**, 452 US 337, 101 S.Ct. 2392 (1981); **Hudson v. McMillian**, 503 US 1, 9, 112 S.Ct. 995 (1992) because aforementioned Defendants know but chose to ignore the situation acting "Reckless Indifferent," to inmates rights and with a culpable state of mind, the objective and subjective Deliberate Indifference prongs have therefore been established of an 8th Amendment violation. See...**Farmer v. Brennan**, 511 US 825, 114 S.Ct. 1970 (1994)

[25]    These Plaintiffs have demonstrated a pattern of similar violations arising from both lack of due care and lack of Supervision which is clearly inadequate as to obviously result in Constitutional violations. See..**Thompson v. Upshur**, 245 F.3d 447, 459 (5th Cir. 1991).

## III. COVID-19

[26]     The lack of due care and FMC Ft. Worth's inability to cope with COVID-19 and prevent loss of life by their Inadequate measures and failure to protect Inmates safely, allowing COVID-19 to carelessly spread by staff members' failure to wear proper PPE in the beginning going from Unit to Unit infecting all inmates at this Institution.

The Constitutional prohibition of cruel and unusual punishment Standard requires safe living quarters including protection from infectious deseases/virus for which FMC has failed and the end result violated inmates 8th Amendment Right's and caused a loss of human life. See..Helling v. McKinney, 509 US 25 (1993).

[27]     Petitioner's Incarceration amid the COVID-19 otherwise violates their Right's to constitutional conditions of confinement.

[28]     The dirty, filthy units are still breeding grounds for the continuous spread of this deadly disease because these units are still packed, inmates are virtually elbow to elbow in everyday life and these pre-existing conditions of confinement made it easy for the immediate spread of COVID-19.

[29]     FMC Ft. Worth have failed to protect inmates, lacked meaningful mitigation actions to reduce COVID-19 or the possible loss of life, they neither have the capacity, nor the ability to comply with Public Health guidelines to manage the still continuous outbreak of COVID-19, absent relief measures, Plaintiffs are left helpless and unable to protect themselves.

People in congregated environments, places where people live and sleep in close proximity face inherent dangers of re-contracting COVID-19 over and over which could lead to possible loss of life.

[30]      Since FMC Ft. Worth is not able to keep contagious prisoners away from others but instead the continued inter-mixing of infected inmates, including those who don't show symptoms sometimes carry the disease for the likelihood that all will become infected or re-infected, because this Class is forced to exist in close confined spaces for eating, sleeping, bathing,.etc..where it is impossible for us to engage in the necessary social distancing to mitigate the risk of further transmissions. With these dire situations Plaintiffs and all of the Class fear for their lives because of the ill and deaths, the BOP's measures are not sufficient in potential or are strongly to independently protect this Class.

Corrections Officials have a constitutional obligation to protect Incarcerated people from a substantial risk of serious harm, but FMC Ft. Worth has failed this obligation. See..**Farmer v. Brannen**, 511 US 825, 828 (1994). Indeed under the 8th Amendment, Prison Officials "must provide humane conditions of confinement...must insure that inmates receive adequate food, clothing and shelter, medical care, and must take reasonable measures to guarantee the safety of inmates." **Farmer v. Brennan**, 511 US 825 (1994), the loss of life and hospitalized prisoners during this pandemic clearly proves this Administration has both failed this obligation, but continues to ignore the serious problems.

This obligation **requires** Officials to protect Inmates (Class) from infectious disease like COVID-19 but its impossible for the pre-existing Inhumane conditions only helped to facilitate the rapid spread of the COVID-19 virus.Given that the 8th Amendment is meant for the protection of future harm,as well as, immediate harm,to inmates, was not a novel problem for it instead placed excessive risk to this Class,now and in the future.See Helling v. McKiney,509 US 25(1993) "[H]aving stripped prisoners [Class] of virtually every means of self protection and foreclosed their access to outside aid,the government...i.e. Defendants are not force to let the state of nature take its course,"which is exactly what they did during this nearly year lockdown.

Prison officials violated their Affirmative obligation showing "Deliberate Indifference to the substantial risk of harm and future harm."See **Farmer v. Brennan**,511 US 825 (1994)"Deliberate Indifference has two components to it objective and subjective."[T]he objective compenent...is met upon showing that a prisoner faced a substantail risk of harm...that risk society chooses not to tolerate,"as in this instant case the 8th Amendment and the subjective component is satisfied when Officials know but disregard that excessive risk of harm.Because it is obduracy and Wantoness by defendants,not inadvertence or error in good faith that characterizes this conduct which is Deliberate Indifference,cruel and unusual punishment.See **Wilson v. Seiter**,501 US 294,115 L.ed 2d 271 (1991).

Proximate or legal care is something more than "but for,"causation it is a substantial factor in these violations.See **Chrisholm v. Sabrie**,679 F.2d 60,66 (5thcir 1982).

Case 4:21-cv-00175-P    Document 1    Filed 02/18/21    Page 16 of 152    PageID 16

to be free from cruel and unusual punishment,as part of that right the Government must protect this Class from substantial harm,for their safety now and in the future.See...**Farmer v. Brennan**,511 US 825 (1994);**Estelle v. Gamble**,429 US 97(1976) this class faces and still faces a substantial risk of severe harm,defendants are aware of the serious risks COVID-19 poses but fails to take adequate mitigation efforts to improve these risks [posting signs] doesn't fulfill this obligation,because meaningful action would be to reduce the population which they have not done enough.

[32]    FMC FT.Worth has neither the capacity,nor the ability to comply with Public Heath guidelines and absent these guidelines proves they cannot provide for the safety of members of the Class,but especially the most vunerable subclass.

[33]    Instead the lack of due care and due dilliegence by Defendants and FMC Ft.Worth's inadequate measures to protect inmates by lack of sanitation,lack of soap,failure to reduce the population,carelessness and continue to circulate new inmates into each unit. There is not enough room to stand two feet apart much less meet the 6ft apart requirement by the CDC provision.

[34]    People such as this "Class"in congregated and unsanitary envoirments where such a large number eat,sleep..ect in close proximity face inherent danger because its a COVID-19 breeding ground for contagious re-infection,the double digit death toll clearly establishes Deliberate Indifference.This setup is a typical incubator for the continuous spread of covid-19 combined with pre-existing Unconstitutional Conditions of confinement establishes lack of protection from this deadly disease known as COVID-19.

[35]    Just recently 3 inmates tested positive for Covid-19 proving this infectious disease still remains at large putting this "Class" in imminent danger.

[36]    In the beginning of this Pandemic nearly a year prior in March 2020 before any of this "Class" became infected,staff took **no** precautions even after learning of other Prisons became infected, even after the first Unit on this Institution became infected,took no precautions, no PPE equipment, even to the point wear they refused to allow inmates to wear masks to and from Food service until this was full blown and out of control, never changing gloves when touching inmates from different units, this carelessness caused the explosion of Covid-19 to run rampant on this compound causing numerous inmates to lose their lives unnecessarily.

Staff helped spread this contagious disease which has caused deaths in double digits.When testing inmates they cross contaminated the tests,using the same gloves for all, storing all tests in the same bag, these credible threats immediate and to the future of all "Class" members, as well as pose understandable risks of excessive harm and damage to future health establishes Deliberate Indifference.See **Helling v. McKinney**,509 US 25,113 S.ct 2475(1993).

Covid-19 is extremely contagious and with these already existing pre-existing inhumane conditions of confinement which favors the more rapid sprwad and transition of Covid-19,because there is no room for social or any other distancing in this densley populated prison.See **United States v. Haun**,2020 US Dist. Lexis 63904;2020 WL 1877063,it is clearly dangerous conditions of

confinement, because nothing has changed,inmates are elbow to elbow in every aspect of their daily lives, it is Deliberate Indifference by all aforementioned defendants because they failed and continue to fail to protect this "Class," from these devistating virus.

[37]    Examples of deliberate indifference during these troubled times on 4/27/20 Inmate Hernandez went to medical for help and was sent back and told results would return in a few days. On 4/28/20 another inmate with symptoms was told he was fine and fell out and took out in a wheelchair two days later. On 4/24/20 Commissary staff was quoted as saying:"We will all get it together," when question about not wearing a mask.

[38]    The    unnecessary    exposure    to    Covid-19    by    all aforementioned defendants by breaking the barrier and allowing the wide spread of Covid-19 by staff's failure to take precautions, no PPE equipment worn until it was full blown,failure to change gloves before touching different inmates.

[39]    This was and still is a environmental issue because Covid-19 is airborne which unnecessary exposure violated this "Class's" 8th Amendment Rights under the Cruel and Unusual punishment standard and " finding that future risks can be enough to constitute a substantial risk of harm,even if no symptoms are currently present.See **Farmer v. Brennan**,511 US 825 (1994). The Government,i.e. FMC Ft.Worth has a duty to provide care and protection from infectious disease.See **Smith v. Sullivan**,553 F.3d 373 (5thcir 1977), and have failed this duty with the cost to the "Class" with loss of life.

[40]      With respect to an imposing infectious disease [Covid-19] deliberate indifference is established/satisfied when officials "ignore conditions of confinement that is sure or very likely to cause severe illness,needless suffering and possible loss of life.See **Helling V. McKinney**, 509 US at 33.

"Holding prisoners states cause of action...by alleging that officials acted with Deliberate indifference by exposing him and the class to conditions that pose an unreasonable risk of serious damage or future harm."See **Hutto v. Finney**,437 US 678(1978), this "Class" has been needlessly exposed to such conditions that has taken a toll on human life by the lack of mitigating efforts by or lackthere of by all aforementioned defendants, that could have saved lives.

[41]      As noted there are no mitgating efforts that FMC Ft.Worth has or can undermine that would prevent further unnecessary risks and further loss of life with the exception of reducing the population.

        In 2020 it was declared by a district court that FMC Ft. Worth's insufficient and inadequate COVID-19 efforts cause loss of life. See...**United States v. Johnson**, 2020 WL 3618682 (S.D. Tx 2020)

[42]      The Subclass and Class are still in imminent danger if nothing is done to mediate the problem, starting with greatly reducing the inmate population.

## CONCLUSION

[43]      The actions or lack thereof by all the aforementioned Defendants are Deliberate Indifference to the excessive risks of harm of the entire Class and in violation of their 8th Amendment Right's.

## PRAYER FOR RELIEF

[44]    Release all Subclass within 24 hours of court ORDER that are in immediate danger which are medically vulnerable with the possible loss of life.

[45]    Reduce population immediate by releasing members of the Class that are near the end of their sentence to further reduce the population.

(46)    Order specific mitigation efforts in line with CDC guidelines [not just put up signs saying so] to any degree possible.

[47]    Public support, housing..etc..for any release class or Subclass members confirms exposed to COVID-19 do not have readily available plans to self isolate for CDC recommended period of time.

[48]    Insure all members remaining of Class reside under conditions that fall in line with both 8th Amendment and CDC guidelines.

[49]    A declaration from to FMC Ft. Worth violating Class's 8th Amendment rights.

[50]    $50,000 sum certain amount for all Class and Subclass plaintiffs [$25,000 for punitive damages for intentionally violation Class members Constitutional Rights, $25,000 compensatory damages for Ten Months of suffering and continue to suffer from inhumane conditions of confinement].

[51]    Any other relief this court deems necessary or appropriate.

[52] Demand for a Jury Trial.

# AFFIDAVIT

I, GORDON BAGNESCHI, herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure, living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringment "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary: 1x per week, laundry loop (pick up / drop off) 2x per week, town hall meetings (sporadically), mail call: 5x per week, mainline (chow): 3 per day, TV/Day Room Gatherings: Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3' (overcrowded Both Units) per BOP policy program statement 1060.11 rated cap for Bureau facilities (ie over 200 % rated cap)

> All forementioned Constitutional violations stated in "Class Action."
> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, GORDON BAGNESCHI, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621; (OATH)].

By: _____        2-09-21
    Signature of Affiant                 Date

C/O  _____
     _____
     _____
     _____

# AFFIDAVIT

I, _Samuel Cando_ , herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> COVID 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continued influx of infected inmates into Both Units substantial risk exposure, living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringement "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary : 1x per week, laundry loop (pick up / drop off) 2x per week, town hall meetings (sporadically), mail call : 5x per week, mainline (chow) : 3 per day, TV/Day Room Gatherings : Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3 (overcrowded Both Units) per BOP policy program statement 1060.11 rated cap for Bureau facilities (1E over 200% rated cap)

> All forementioned Constitutional violations stated in ":Class Action."
> all Constitutional Deprivation for the entire "Class"due to BOP's failure and lack luster efforts to protects ALL Inmates

---

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, _Samuel Cando_ , over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;    (OATH)].

By: _____    _2/9/21_
Signature of Affiant    Date

C/O _____
_____
_____
_____
_____

# AFFIDAVIT

I, __Blake Trevino__, herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release/cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure, living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringement "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary: 1x per week, laundry loop (pick up/drop off) 2x per week, town hall meetings (sporadically), mail call: 5x per week, mainline (chow): 3 per day, TV/Day Room Gatherings: Daily.

> Overcrowding/Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3' (overcrowded Both Units) per BOP policy program statement 1060.11 rated cap for Bureau facilities (IE over 200% rated Cap)

> All forementioned Constitutional violations stated in ":Class Action."

> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, __Blake Trevino__, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;                      (OATH)].

By: __Blake T.__
**Signature of Affiant**

__2/9/21__
**Date**

C/O _____
_____
_____
_____

# AFFIDAVIT

I, _Donnie Waldo JR._____, herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release/cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st).

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringment "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary: 1x per week, laundry loop (pick up/drop off) 2x per week, town hall meetings (sporadically), mail call: 5x per week, mainline (chow): 3 per day, TV/Day Room Gatherings: Daily.

> Overcrowding/Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3 (overcrowded Both Units) per BOP policy program statement 1060.11 rated Cap for Bureau facilities (IE over 200% rated Cap.)

> All forementioned Constitutional violations stated in ":Class Action."
> all Constitutional Deprivation for the entire "Class"due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, _Donnie Waldo JR_____, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;       (OATH)].

By: _Donnie Waldo_____      2-9-21
Signature of Affiant            Date

C/O _____
_____
_____
_____

# AFFIDAVIT

I, Mitchel Miller _____, herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st).

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringment "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary: 1x per week, laundry loop (pick up / drop off) 2x per week, town hall meetings (sporadically), mail call: 5x per week, mainline (chow): 3 per day, TV / Day Room Gatherings: Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3 (overcrowded Both Units) per BOP policy program statement 1060.11 rated Cap for Bureau facilities (IE over 200% rated Cap)

> All forementioned Constitutional violations stated in "Class Action."
> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, Mitchel Miller _____, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621; (OATH)].

By: _____

**Signature of Affiant**

2/9/21

**Date**

C/O _____
_____
_____
_____

# AFFIDAVIT

I, STRINGHAM, McKAY _____, herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> COVID 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure, living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringement "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary: 1x per week, laundry loop (pick up / drop off) 2x per week, town hall meetings (sporadically), mail call: 5x per week, mainline (chow): 3 per day, TV/Day Room Gatherings: Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3 (overcrowded Both Units) per BOP policy program statement 1060.11 rated Cap for Bureau facilities (IE over 200% rated Cap.)

> All forementioned Constitutional violations stated in ":Class Action."
> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, McKay STRINGHAM _____, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;                    (OATH)].

By: _____        02-09-21
    Signature of Affiant                         Date

C/O _____
    _____
    _____
    _____

# AFFIDAVIT

I, _Jeremy Miller_____, herein "Affiant', being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release/cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure, living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringment " Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary : 1x per week, laundry loop (pick up/drop off) 2x per week, town hall meetings (sporadically), mail call : 5x per week, mainline (chow) : 3 per day, TV/Day Room Gatherings : Daily.

> Overcrowding/Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3' (overcrowded Both Units) per BOP policy program statement 1060.11 rated Cap for Bureau facilities (IE over 200 % rated Cap )

> All forementioned Constitutional violations stated in ":Class Action."

> all Constitutional Deprivation for the entire "Class"due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, _Jeremy Miller_____, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;                    (OATH)].

By: _Jeremy Miller_____          2/9/21
Signature of Affiant                                    Date

C/O  _____
     _____
     _____
     _____

# AFFIDAVIT

I, Eric Nevue _____, herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st).

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive, and/or recovered status of inmates, continual influx of infected inmates into both Units substantial risk exposure, living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringement "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary: 1x per week, laundry loop (pick up / drop off) 2x per week, town hall meetings (sporadically), mail call: 5x per week, mainline (chow): 3 per day, TV/Day Room Gatherings: Daily.

> Overcrowding / Overpopulation (both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3 (overcrowded both Units) per BOP policy program statement 1060.11 rated Cap for Bureau facilities (IE over 200 % rated Cap)

> All forementioned Constitutional violations stated in "Class Action."
> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, Eric Nevue _____, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;                    (OATH)].

By: _____                    2/9/21
Signature of Affiant                             Date

C/O _____
_____
_____
_____

# AFFIDAVIT

I, _Chris Merriman_, herein "Affiant', being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st).

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure, living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringment "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary: 1x per week, laundry loop (pick up/drop off) 2x per week, town hall meetings (sporadically), mail call: 5x per week, mainline (chow): 3 per day, TV/Day Room Gatherings: Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3' (overcrowded Both Units) per BOP policy program statement 1060.11 rated Cap for Bureau facilities (IE over 200% rated Cap)

> All forementioned Constitutional violations stated in "Class Action."

> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, _Chris Merriman_, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621; (OATH)].

By: _Chris Merriman_                                     _____
Signature of Affiant                                          Date

C/O _____
    _____
    _____
    _____

# AFFIDAVIT

I, _D. A. Knowles_ , herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st).

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringment "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary : 1x per week, laundry loop (pick up / drop off) 2x per week, town hall meetings (sporadically), mail call : 5x per week, mainline (chow) : 3 per day, TV/ Day Room Gatherings : Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3' (overcrowded both Units) per BOP policy program statement 1060.11 rated Cap for Bureau facilities (IE over 200 % rated Cap.)

> All forementioned Constitutional violations stated in "Class Action."
> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

---

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, _David Knowles_ , over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;                    (OATH)].

By: _(signature)_                              2/9/21
Signature of Affiant                           Date

C/O _____
_____
_____

# AFFIDAVIT

I, ___Dennis Boyle___, herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into both Units substantial risk exposure, living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringment "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary: 1x per week, laundry loop (pick up / drop off) 2x per week, town hall meetings (sporadically), mail call: 5x per week, mainline (chow): 3 per day, TV / Day Room Gatherings: Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3' (overcrowded both Units) per BOP policy program statement 1060.11 rated cap for Bureau facilities (IE over 200% rated Cap)

> All forementioned Constitutional violations stated in "Class Action."
> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

---

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, ___Dennis Boyle___, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;                    (OATH)].

By: _____                    2/9/21
    Signature of Affiant                         Date

C/O  _____
     _____
     _____
     _____

# AFFIDAVIT

I, __Billy Gentry__, herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> COVID 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure, living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringment "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary: 1x per week, laundry loop (pick up / drop off) 2x per week, town hall meetings (sporadically), mail call: 5x per week, mainline (chow): 3 per day, TV/Day Room Gatherings: Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3 (overcrowded Both Units) per BOP policy program statement 1060.11 rated cap for Bureau facilities (IE over 200% rated Cap)

> All forementioned Constitutional violations stated in ": Class Action."
> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

---

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, __Billy Gentry__, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;                    (OATH)].

By: __Billy Gentry__                                        __2-9-21__
Signature of Affiant                                        Date

C/O _____
_____
_____
_____

# AFFIDAVIT

I, _Eliseo  Arteaga_____, herein "Affiant', being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release/cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure, living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringment "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary: 1x per week, laundry loop (pick up/drop off) 2x per week, town hall meetings (sporadically), mail call: 5x per week, mainline (chow): 3 per day, TV/Day Room Gatherings: Daily.

> Overcrowding/Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3 (overcrowded Both Units) per BOP policy program statement 1060.11 rated cap for Bureau facilities (16 over 200% rated Cap)

> All forementioned Constitutional violations stated in ":Class Action."
> all Constitutional Deprivation for the entire "Class"due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, _Eliseo  Arteaga_____, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;    (OATH)].

By: _____          02-09-21
**Signature of Affiant**                 Date

C/O _____
_____
_____
_____

# AFFIDAVIT

I, _Danny Daugherty_ , herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release/cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive, and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringement "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary: 1x per week, laundry loop [pick up/drop off] 2x per week, town hall meetings (sporadically), mail call: 5x per week, mainline (chow): 3 per day, TV/Day Room Gatherings: Daily.

> Overcrowding/Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A&C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3 (overcrowded Both Units) per BOP policy program statement 1060.11 rated Cap for Bureau facilities (IE over 200% rated Cap)

> All forementioned Constitutional violations stated in ":Class Action."
> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, _Danny Daugherty_ , over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;                    (OATH)].

By: _____                    2-9-21
Signature of Affiant                                Date

C/O _____
_____
_____
_____

# AFFIDAVIT

I, _____Erick Mayorga_____, herein "Affiant', being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release/cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st).

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure. living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringment "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary : 1x per week, laundry loop (pick up/drop off) 2x per week, town hall meetings (sporadically), mail call : 5x per week, mainline (chow) : 3 per day, TV/Day Room Gatherings : Daily.

> Overcrowding/Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3 (overcrowded Both Units) per BOP policy program statement 1060.11 rated cap for Bureau facilities (IE over 200% rated Cap)

> All forementioned Constitutional violations stated in ":Class Action."
> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, _____Erick Mayorga_____, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;     (OATH)].

By: _____          2-9-21
     Signature of Affiant                     Date

C/O  _____
     _____
     _____
     _____

# AFFIDAVIT

I, __Dalton Woods__, herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure, living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringment "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary: 1x per week, laundry loop (pick up / drop off) 2x per week, town hall meetings (sporadically), mail call: 5x per week, mainline (chow): 3 per day, TV/Day Room Gatherings: Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3 (overcrowded Both Units) per BOP policy program statement 1060.11 rated cap for Bureau facilities (IE over 200 % rated cap)

> All forementioned Constitutional violations stated in "Class Action."
> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, __Dalton Woods__, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;        (OATH)].

By: _Dalton Woods (signature)_          2/9/21

Signature of Affiant              Date

C/O _____
_____
_____
_____

# AFFIDAVIT

I, _William Craig_, herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st).

> Covid 19 testing, less than half of inmate population has been tested on FMC campound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive, and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure, living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringment "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary : 1x per week, laundry loop (pick up / drop off) 2x per week, town hall meetings (sporadically), mail call : 5x per week, mainline (chow) : 3 per day, TV/ Day Room Gatherings : Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3 (overcrowded Both Units) per BOP policy program statement 1060.11 rated Cap for Bureau facilities (IE over 200 % rated Cap)

> All forementioned Constitutional violations stated in ":Class Action."
> all Constitutional Deprivation for the entire "Class"due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, _William Craig_, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621; (OATH)].

By: _____          2/5/21
Signature of Affiant                              Date

C/O _____
_____
_____
_____

# AFFIDAVIT

I, Jose A. Rodriguez, herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> COVID 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringment "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary : 1x per week, laundry loop (pick up/drop off) 2x per week, town hall meetings (sporadically), mail call : 5x per week, mainline (chow) : 3 per day, TV/Day Room Gatherings : Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3 (overcrowded Both Units) per BOP policy program statement 1060.11 rated Cap for Bureau facilities (i.e over 200 % rated Cap)

> All forementioned Constitutional violations stated in "Class Action."
> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

---

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, Jose A. Rodriguez, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621; (OATH)].

By: _Jose A. Rodriguez_               2-9-21
Signature of Affiant                  Date

C/O _____
_____
_____
_____

# AFFIDAVIT

I, Robert Young _____, herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release/cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st).

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure, living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringement "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary: 1x per week, laundry loop (pick up/drop off) 2x per week, town hall meetings (sporadically), mail call: 5x per week, mainline (chow): 3 per day, TV/Day Room Gatherings: Daily.

> Overcrowding/Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3' (overcrowded Both Units) per BOP policy program statement 1060.11 rated Cap for Bureau facilities (IE over 200% rated Cap)

> All forementioned Constitutional violations stated in "Class Action."
> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, Robert Young _____, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;                    (OATH)].

By: _____          2-9-21
Signature of Affiant                          Date

C/O _____
_____
_____
_____

# AFFIDAVIT

I, Donald Dobie_____, herein "Affiant', being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st).

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure, living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringement "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary : 1x per week, laundry loop (pick up / drop off) 2x per week, town hall meetings (sporadically), mail call : 5x per week, mainline (chow) : 3 per day, TV/Day Room Gatherings : Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3 (overcrowded both Units) per BOP policy program statement 1060.11 rated Cap for Bureau facilities (IE over 200% rated Cap)

> All forementioned Constitutional violations stated in "Class Action."
> all Constitutional Deprivation for the entire "Class" due to BOP's
failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, Donald Dobie_____, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;           (OATH)].

By: _____        2/9/2021
    Signature of Affiant                          Date

C/O _____
     _____
     _____
     _____

# AFFIDAVIT

I, _Andrew Luten_ , herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure, living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringment " Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary : 1x per week, laundry loop [pick up / drop off] 2x per week, town hall meetings (sporadically), mail call : 5x per week, mainline (chow) : 3 per day, TV / Day Room Gatherings : Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcaves, Range 2' & 3' (overcrowded Both Units) per BOP policy program statement 1060.11 rated Cap for Bureau facilities (ie over 200 % rated Cap)

> All forementioned Constitutional violations stated in ":Class Action."
> all Constitutional Deprivation for the entire "Class"due to BOP's failure and lack luster efforts to protects ALL Inmates

---

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, _Andrew Luten_ , over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;      (OATH)].

By: _____      2-9-21
   Signature of Affiant            Date

C/O _____
_____
_____
_____

# AFFIDAVIT

I, Louis De la Torre , herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continued influx of infected inmates into Both Units substantial risk exposure. living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringment "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary: 1x per week, laundry loop (pick up / drop off) 2x per week, town hall meetings (sporadically), mail call: 5x per week, mainline (chow): 3 per day, TV / Day Room Gatherings: Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3' (overcrowded Both Units) per BOP policy program statement 1060.11 rated cap for Bureau facilities (IE over 200% rated Cap.)

> All forementioned Constitutional violations stated in "Class Action."
> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, Louis De la Torre , over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621; (OATH)].

By: _____     2/9/21
Signature of Affiant                              Date

C/O _____
_____
_____
_____

# AFFIDAVIT

I, _Jerry Lester Jackson_ , herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs 75-80% @ FMC, 8th Amendment right infringment "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary: 1x per week, laundry loop (pick up / drop off) 2x per week, town hall meetings (sporadically), mail call: 5x per week, mainline (chow): 3 per day, TV/Day Room Gatherings: Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3' (overcrowded Both Units) per BOP policy program statement 1060.11 rated cap for Bureau facilities (IE over 200% rated Cap)

> All forementioned Constitutional violations stated in "Class Action."

> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, _Jerry Lester Jackson_ , over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;                    (OATH)].

By: _____               2-9-21
Signature of Affiant                                   Date

C/O _____
_____
_____
_____

# AFFIDAVIT

I, _Joe Sandoval_, herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both  Units substantial risk exposure, living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringment "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary : 1x per week, laundry loop (pick up/drop off) 2x per week, town hall meetings (sporadically), mail call : 5x per week, mainline (chow) : 3 per day, TV/Day Room Gatherings : Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3' (overcrowded Both Units) per BOP policy program statement 1060.11 rated cap for Bureau facilities (IE over 200% rated cap)

> All forementioned Constitutional violations stated in ":Class Action."
> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, _Joe Sandoval_, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;                    (OATH)].

By: _____                    2-9-21
    Signature of Affiant                                Date

C/O _____
    _____
    _____
    _____

# AFFIDAVIT

I, _Anthony J. Johnson_ , herein "Affiant', being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st).

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure, living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs 75-80% @ FMC, 8th Amendment right infringment "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary: 1x per week, laundry loop (pick up/drop off) 2x per week, town hall meetings (sporadically), mail call: 5x per week, mainline (chow): 3 per day, TV/Day Room Gatherings: Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3' (overcrowded Both Units) per BOP policy program statement 1060.11 rated Cap for Bureau facilities (is over 200% rated Cap)

> All forementioned Constitutional violations stated in "Class Action."

> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, _Anthony Johnson_ , over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;                    (OATH)].

By: _Anthony Johnson_                                              2-9-21
Signature of Affiant                                              Date

C/O _____
_____
_____
_____

# AFFIDAVIT

I, Hal Harkrader _____, herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st).

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringment "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary: 1x per week, laundry loop (pick up/drop off) 2x per week, town hall meetings (sporadically), mail call: 5x per week, mainline (chow): 3 per day, TV/Day Room Gatherings: Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3' (overcrowded Both Units) per BOP policy program statement 1060.11 rated cap for Bureau facilities (ie over 200% rated Cap.)

> All forementioned Constitutional violations stated in ":Class Action."
> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

---

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, Hal Harkrader _____, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;               (OATH)].

By: *Hal Harkrader*                                        2-9-21
Signature of Affiant                                        Date

C/O _____
_____
_____
_____

# AFFIDAVIT

I, Randy Sisneros_____, herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release/cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st).

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure. living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringment "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary: 1x per week, laundry loop (pick up/drop off) 2x per week, town hall meetings (sporadically), mail call: 5x per week, mainline (chow): 3 per day, TV/Day Room Gatherings: Daily.

> Overcrowding/Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3' (overcrowded both Units) per BOP policy program statement 1060.11 rated Cap for Bureau facilities (ie over 200% rated Cap)

> All forementioned Constitutional violations stated in ":Class Action."

> all Constitutional Deprivation for the entire "Class"due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, Randy Sisneros_____, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621; (OATH)].

By: _____
Signature of Affiant

2-9-21
_____
Date

C/O _____
_____
_____
_____

# AFFIDAVIT

I, __Nicholas Hamm_____, herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continued influx of infected inmates into Both Units substantial risk exposure living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringment "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary: 1x per week, laundry loop (pick up/drop off) 2x per week, town hall meetings (sporadically), mail call: 5x per week, mainline (chow): 3 per day, TV/Day Room Gatherings: Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3' (overcrowded Both Units) per BOP policy program statement 1060.11 rated Cap for Bureau facilities (ie over 200% rated Cap)

> All forementioned Constitutional violations stated in ":Class Action."
> all Constitutional Deprivation for the entire "Class"due to BOP's failure and lack luster efforts to protects ALL Inmates

---

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, __Nicholas Hamm_____, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;                (OATH)].

By: _[signature]_____                    2-9-21

**Signature of Affiant**                              Date

C/O  _____
     _____
     _____
     _____

# AFFIDAVIT

I, Paublino Carranza _____, herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs 75-80% @ FMC, 8th Amendment right infringement "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary : 1x per week, laundry loop (pick up / drop off) 2x per week, town hall meetings (sporadically), mail call : 5x per week, mainline (chow) : 3 per day, TV/Day Room Gatherings : Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3 (overcrowded Both Units) per BOP policy program statement 1060.11 rated cap for Bureau facilities (IE over 200% rated cap)

> All forementioned Constitutional violations stated in "Class Action."

> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

---

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, Paublino Carranza _____, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;                    (OATH)].

By: Paublino Carranza _____        2.9.2021
Signature of Affiant                                      Date

C/O  _____
_____
_____
_____

# AFFIDAVIT

I, __Daimen Perry__, herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st).

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringment "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary : 1x per week, laundry loop (pick up / drop off) 2x per week, town hall meetings (sporadically), mail call : 5x per week, mainline (chow) : 3 per day, TV/Day Room Gatherings : Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3 (overcrowded Both Units) per BOP policy program statement 1060.11 rated Cap for Bureau facilities (IE over 200 % rated Cap)

> All forementioned Constitutional violations stated in ":Class Action."
> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

---

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, __Daimen Perry__, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621; (OATH)].

By: _Daim Perry_   2-9-21
Signature of Affiant   Date

C/O _____
_____
_____
_____

# AFFIDAVIT

I, _Chad Hammond_, herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> Covid 19 testing, less than half of inmate population has been tested on FMC campound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure, living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringment "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary: 1x per week, laundry loop (pick up / drop off) 2x per week, town hall meetings (sporadically), mail call: 5x per week, mainline (chow): 3 per day, TV/Day Room Gatherings: Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3' (overcrowded Both Units) per BOP policy program statement 1060.11 rated cap for Bureau facilities (IE over 200% rated cap)

> All forementioned Constitutional violations stated in ":Class Action."
> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

---

I, _Chad Hammond_, **VERIFICATION UNDER THE PENALTY OF PERJURY** over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621, (OATH)].

By: _____    2-9-21
Signature of Affiant                 Date

C/O _____
    _____
    _____
    _____
    _____

# AFFIDAVIT

I, _James Rudzavice_____, herein "Affiant', being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure, living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs 75-80% @ FMC, 8th Amendment right infringment " Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary : 1x per week, laundry loop (pick up / drop off) 2x per week, town hall meetings (sporadically), mail call : 5x per week, mainline (chow) : 3 per day, TV/ Day Room Gatherings : Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3' (overcrowded Both Units) per BOP policy program statement 1060.11 rated Cap for Bureau facilities (IE over 200 % rated Cap)

> All forementioned Constitutional violations stated in ": Class Action."
> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, _James Rudzavice_____, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;            (OATH)].

By: _____            2-9-21
Signature of Affiant                          Date

C/O _____
    _____
    _____
    _____

# AFFIDAVIT

I, _Ignacio Salcido_ , herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st).

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure. living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringment "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary : 1x per week, laundry loop (pick up / drop off) 2x per week, town hall meetings (sporadically), mail call : 5x per week, mainline (chow) : 3 per day, TV / Day Room Gatherings : Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3 (overcrowded both Units) per BOP policy program statement 1060.11 rated Cap for Bureau facilities (IE over 200% rated Cap)

> All forementioned Constitutional violations stated in ":Class Action."
> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, _Ignacio Salcido_ , over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;                    (OATH)].

By: _____            2-9-21
    Signature of Affiant                        Date

C/O _____
    _____
    _____

# AFFIDAVIT

I, Floyd Wagner _____, herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure, living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringment "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary: 1x per week, laundry loop (pick up/drop off) 2x per week, town hall meetings (sporadically), mail call: 5x per week, mainline (chow): 3 per day, TV/Day Room Gatherings: Daily.

> Overcrowding/Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3' (overcrowded Both Units) per BOP policy program statement 1060.11 rated Cap for Bureau facilities (ie over 200% rated Cap)

> All forementioned Constitutional violations stated in ":Class Action."
> all Constitutional Deprivation for the entire "Class"due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, Floyd Wagner _____, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;                    (OATH)].

By: _____          2-9-2021
    Signature of Affiant                Date

C/O _____
    _____
    _____

# AFFIDAVIT

I, _Christopher D. Lambert_, herein "Affiant', being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive. and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure. living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringement "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary : 1x per week, laundry loop (pick up / drop off) 2x per week, town hall meetings (sporadically), mail call : 5x per week, mainline (chow) : 3 per day, TV/ Day Room Gatherings : Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3' (overcrowded Both Units)' per BOP policy program statement 1060.11 rated cap for Bureau facilities (IE over 200% rated cap)

> All forementioned Constitutional violations stated in ": Class Action."
> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, _Christopher D. Lambert_, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621; (OATH)].

By: _____     2-9-21
Signature of Affiant                Date

C/O _____
_____
_____
_____

# AFFIDAVIT

I, _ANDREW BERKO_ , herein "Affiant', being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure. living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs 75-80% @ FMC, 8th Amendment right infringment "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary: 1x per week, laundry loop (pick up/drop off) 2x per week, town hall meetings (sporadically), mail call: 5x per week, mainline (chow): 3 per day, TV/Day Room Gatherings: Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3' (overcrowded both Units) per BOP policy program statement 1060.11 rated Cap for Bureau facilities (ie over 200% rated Cap)

> All forementioned Constitutional violations stated in "Class Action."

> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, _ANDREW BERKO_ , over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;    (OATH)].

By: _____    2/9/21
Signature of Affiant    Date

C/O _____
_____
_____
_____

# AFFIDAVIT

I, _James Rivers_____, herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringment "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary : 1x per week, laundry loop (pick up / drop off) 2x per week, town hall meetings (sporadically), mail call : 5x per week, mainline (chow) : 3 per day, TV/ Day Room Gatherings : Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3' (overcrowded both Units) per BOP policy program statement 1060.11 rated Cap for Bureau facilities (IE over 200% rated Cap)

> All forementioned Constitutional violations stated in ": Class Action."

> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

---

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, _James Rivers_____, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;                    (OATH)].

By: _James Rivers_____                    _2/9/21_
Signature of Affiant                                  Date

C/O  _____
     _____
     _____
     _____

# AFFIDAVIT

I, ROGER ROYBAL_____, herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release/cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringment "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary: 1x per week, laundry loop (pick up/drop off) 2x per week, town hall meetings (sporadically), mail call: 5x per week, mainline (chow): 3 per day, TV/Day Room Gatherings: Daily.

> Overcrowding/Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3' (overcrowded Both Units) per BOP policy program statement 1060.11 rated Cap for Bureau facilities (IE over 200% rated Cap)

> All forementioned Constitutional violations stated in "Class Action."

> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, ROGER ROYBAL_____, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621; (OATH)].

By: _____
Signature of Affiant

Date: 2-9-2021

C/O _____
_____
_____
_____

# AFFIDAVIT

I, _Kelien Thompson_, herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release/cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> COVID 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringment "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary: 1x per week, laundry loop (pick up/drop off) 2x per week, town hall meetings (sporadically), mail call: 5x per week, mainline (chow): 3 per day, TV/Day Room Gatherings: Daily.

> Overcrowding/Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3 (overcrowded Both Units) per BOP policy program statement 1060.11 rated cap for Bureau facilities (IE over 200% rated Cap)

> All forementioned Constitutional violations stated in "Class Action."

> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, _Kelen Thompson_, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;                    (OATH)].

By: _Kelen Thompson_
Signature of Affiant

Date: 2-9-21

C/O _____
_____
_____
_____

# AFFIDAVIT

I, _____ANDY CROOK_____, herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> Covid 19 testing. less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure. living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringment "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary : 1x per week, laundry loop (pick up / drop off) 2x per week, town hall meetings (sporadically), mail call : 5x per week, mainline (chow) : 3 per day, TV / Day Room Gatherings : Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3' (overcrowded Both Units) per BOP policy program statement 1060.11 rated Cap for Bureau facilities (is over 200% rated Cap)

> All forementioned Constitutional violations stated in "Class Action."
> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, _____ANDY CROOK_____, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;                    (OATH)].

By: _____                    02·09·21
Signature of Affiant                              Date

C/O _____
_____
_____
_____
_____

# AFFIDAVIT

I, __Dylan Hedrick__, herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> COVID 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure living with contemporary standards of human decency @ 70% positive test results (LomPoc) vs. 75-80% @ FMC, 8th Amendment right infringment "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary: 1x per week, laundry loop (pick up/drop off) 2x per week, town hall meetings (sporadically), mail call: 5x per week, mainline (chow): 3 per day, TV/Day Room Gatherings: Daily.

> Overcrowding/Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3 (overcrowded Both Units) per BOP policy program statement 1060.11 rated cap for Bureau facilities (IE over 200% rated cap)

> All forementioned Constitutional violations stated in "Class Action."
> All Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

---

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, __Dylan Hedrick__, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621; (OATH)].

By: _(signature)_      2-9-21

Signature of Affiant      Date

C/O _____
_____
_____
_____

# AFFIDAVIT

I, Joseph Hinojosa , herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release/cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st).

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure, living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringement "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary : 1x per week, laundry loop (pick up/drop off) 2x per week, town hall meetings (sporadically), mail call : 5x per week, mainline (chow) : 3 per day, TV/Day Room Gatherings : Daily.

> Overcrowding/Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3' (overcrowded Both Units) per BOP policy program statement 1060.11 rated cap for Bureau facilities (IE over 200% rated Cap)

> All forementioned Constitutional violations stated in "Class Action."
> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, Joseph Hinojosa , over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;           (OATH)].

By: _____        2/19/21
    Signature of Affiant                            Date

C/O _____

_____

_____

_____

# AFFIDAVIT

I, _Eugene Self_ , herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure. living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringment " Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary : 1x per week, laundry loop (pick up / drop off) 2x per week, town hall meetings (sporadically), mail call : 5x per week, mainline (chow) : 3 per day, TV/Day Room Gatherings : Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3' (overcrowded Both Units) per BOP policy program statement 1060.11 rated cap for Bureau facilities (IE over 200% rated Cap)

> All forementioned Constitutional violations stated in ":Class Action."
> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

---

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, _Eugene Self_ , over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;] (OATH)].

By: _[signature]_        2/10/21
Signature of Affiant        Date

C/O _____
_____
_____
_____

# AFFIDAVIT

I, __Brian Morton__, herein "Affiant', being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure, living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringment "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary : 1x per week, laundry loop (pick up / drop off) 2x per week, town hall meetings (sporadically), mail call : 5x per week, mainline (chow) : 3 per day, TV / Day Room Gatherings : Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3' (overcrowded both Units) per BOP policy program statement 1060.11 rated cap for Bureau facilities (ie over 200 % rated cap)

> All forementioned Constitutional violations stated in "Class Action."
> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, __Brian Morton__, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;                     (OATH)].

By: _____                      __2-10-21__
        Signature of Affiant                                      Date

C/O _____
    _____
    _____
    _____

# AFFIDAVIT

I, _Andrew Dickson_____, herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringment "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary : 1x per week, laundry loop (pick up / drop off) 2x per week, town hall meetings (sporadically), mail call : 5x per week, mainline (chow) : 3 per day, TV/Day Room Gatherings : Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3 (overcrowded Both Units) per BOP policy program statement 1060.11 rated cap for Bureau facilities (IE over 200% rated Cap)

> All forementioned Constitutional violations stated in ":Class Action."
> all Constitutional Deprivation for the entire "Class"due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, _Andrew Dickson_____, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;                    (OATH)].

By: _____                    2-10-21
Signature of Affiant                             Date

C/O  _____
     _____
     _____
     _____

# AFFIDAVIT

I, MARK YETTER _____, herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release/cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure, living with contemporary standards of human decency @ 70% positive test results (LOMPOC) vs. 75-80% @ FMC, 8th Amendment right infringment "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary: 1x per week, laundry loop (pick up/drop off) 2x per week, town hall meetings (sporadically), mail call: 5x per week, mainline (chow): 3 per day, TV/Day Room Gatherings: Daily.

> Overcrowding/Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3 (overcrowded both Units) per BOP policy program statement 1060.11 rated cap for Bureau facilities (IE over 200% rated cap)

> All forementioned Constitutional violations stated in "Class Action."
> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, MARK YETTER _____, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;                (OATH)].

By: _____            2/10/21
    Signature of Affiant                      Date

C/O _____
_____
_____
_____

# AFFIDAVIT

I, _Christopher Moore_ , herein "Affiant', being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release/cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure, living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringment "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary: 1x per week, laundry loop (pick up/drop off) 2x per week, town hall meetings (sporadically), mail call: 5x per week, mainline (chow):3 per day, TV/Day Room Gatherings: Daily.

> Overcrowding/Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3' (overcrowded Both Units) per BOP policy program statement 1060.11 rated cap for Bureau facilities (IE over 200% rated cap)

> All forementioned Constitutional violations stated in "Class Action."

> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

---

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, _Christopher Moore_ , over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;                    (OATH)].

By: _[signature]_                                    2·9·21
Signature of Affiant                              Date

C/O _____
_____
_____
_____

# AFFIDAVIT

I, Andres Ramirez _____, herein "Affiant', being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release/cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into both Units substantial risk exposure. living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringment "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary: 1x per week, laundry loop (pick up/drop off) 2x per week, town hall meetings (sporadically), mail call: 5x per week, mainline (chow): 3 per day, TV/Day Room Gatherings: Daily.

> Overcrowding/Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3' (overcrowded both Units) per BOP policy program statement 1060.11 rated cap for Bureau facilities (IE over 200% rated cap)

> All forementioned Constitutional violations stated in ":Class Action."
> all Constitutional Deprivation for the entire "Class"due to BOP's failure and lack luster efforts to protects ALL Inmates

---

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, Andres Ramirez _____, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;                    (OATH)].

By: _____        02/09/21
Signature of Affiant                 Date

C/O _____
    _____
    _____
    _____

# AFFIDAVIT

I, _Jeremy matthews_ , herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure, living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringement "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary: 1x per week, laundry loop (pick up/drop off) 2x per week, town hall meetings (sporadically), mail call: 5x per week, mainline (chow): 3 per day, TV/Day Room Gatherings: Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3 (overcrowded both Units) per BOP policy program statement 1060.11 rated Cap for Bureau facilities (ie over 200% rated Cap)

> All forementioned Constitutional violations stated in "Class Action."
> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, _____, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;                     (OATH)].

By: _Jeremy matthews_                     2-9-21

Signature of Affiant                     Date

C/O _____

_____

_____

_____

# AFFIDAVIT

I, __John Hitchcock__, herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure, living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs 75-80% @ FMC, 8th Amendment right infringment "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary: 1x per week, laundry loop (pick up / drop off) 2x per week, town hall meetings (sporadically), mail call: 5x per week, mainline (chow): 3 per day, TV/Day Room Gatherings: Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3' (overcrowded both Units) per BOP policy program statement 1060.11 rated Cap for Bureau facilities (ie over 200% rated Cap)

> All forementioned Constitutional violations stated in ":Class Action."
> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, __John, Hitchcock__, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;                         (OATH)].

By: __John Hitchcock__                          2-9-21
   Signature of Affiant                        Date

C/O _____
   _____
   _____
   _____

# AFFIDAVIT

I, Daryl Pawlak , herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release/cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st).

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure, living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringment "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary: 1x per week, laundry loop (pick up/drop off) 2x per week, town hall meetings (sporadically), mail call: 5x per week, mainline (chow): 3 per day, TV/Day Room Gatherings: Daily.

> Overcrowding/Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3 (overcrowded Both Units) per BOP policy program statement 1060.11 rated Cap for Bureau facilities (IE over 200% rated Cap.)

> All forementioned Constitutional violations stated in "Class Action."
> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, Daryl Pawlak , over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;                    (OATH)].

By: _Daryl Pawlak_                                          2/9/21
Signature of Affiant                                        Date

C/O _____
_____
_____

# AFFIDAVIT

I, _Tito Hersaet Dominguez_, herein "Affiant', being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release/cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> Covid 19 testing. less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure. living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringment "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary : 1x per week, laundry loop (pick up/drop off) 2x per week, town hall meetings (sporadically), mail call : 5x per week, mainline (chow) : 3 per day, TV/ Day Room Gatherings : Daily.

> Overcrowding/Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3' (overcrowded Both Units) per BOP policy program statement 1060.11 rated Cap for Bureau facilities (IE over 200% rated Cap)

> All forementioned Constitutional violations stated in ":Class Action."
> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, _Tito Hersaet Dominguez_, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;                    (OATH)].

By: _____                    2/9/21
Signature of Affiant                                   Date

C/O  _____
     _____
     _____
     _____

# AFFIDAVIT

I, Kevin Hutchinson, herein "Affiant', being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st).

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure, living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringement "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary : 1x per week, laundry loop (pick up / drop off) 2x per week, town hall meetings (sporadically), mail call : 5x per week, mainline (chow) : 3 per day, TV / Day Room Gatherings : Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3' (overcrowded Both Units) per BOP policy program statement 1060.11 rated Cap for Bureau facilities (ie over 200 % rated Cap)

> All forementioned Constitutional violations stated in ":Class Action."
> all Constitutional Deprivation for the entire "Class"due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, Keith Hutchinson, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;                    (OATH)].

By:  _____           2-9-2021
        Signature of Affiant                         Date

C/O  _____
        _____
        _____
        _____

# AFFIDAVIT

I, Jason Woerner _____, herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st).

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive, and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure, living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringment "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary : 1x per week, laundry loop (pick up/drop off) 2x per week, town hall meetings (sporadically), mail call : 5x per week, mainline (chow) : 3 per day, TV/Day Room Gatherings : Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3 (overcrowded both Units) per BOP policy Program statement 1060.11 rated cap for Bureau facilities (IE over 200% rated cap)

> All forementioned Constitutional violations stated in "Class Action."

> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, Jason Woerner _____, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;                    (OATH)].

By: _Jason Woerner_____     2/9/21
Signature of Affiant                      Date

C/O _____
_____
_____
_____

# AFFIDAVIT

I, _John R Holt_____, herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st).

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure, living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringement " Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary: 1x per week, laundry loop (pick up / drop off) 2x per week, town hall meetings (sporadically), mail call: 5x per week, mainline (chow): 3 per day, TV/Day Room Gatherings: Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3 (overcrowded Both Units) per BOP policy program statement 1060.11 rated cap for Bureau facilities (IE over 200% rated Cap)

> All forementioned Constitutional violations stated in ":Class Action."
> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, _John R Holt_____, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;                          (OATH)].

By: _____                              2-10-21
Signature of Affiant                                          Date

C/O _____
_____
_____
_____

# AFFIDAVIT

I, _Enrique Gamino-Perez_____, herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure, living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringement "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary : 1x per week, laundry loop (pick up / drop off) 2x per week, town hall meetings (sporadically), mail call : 5x per week, mainline (chow) : 3 per day, TV/Day Room Gatherings : Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3' (overcrowded Both Units) per BOP policy program statement 1060.11 rated Cap for Bureau facilities. (Ie over 200% rated Cap.)

> All forementioned Constitutional violations stated in ":Class Action."
> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, _Enrique Gamino-Perez_____, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;                    (OATH)].

By: _Gamino Perez_____          2-9-2021
Signature of Affiant                              Date

C/O _Gam_____
_____
_____
_____

# AFFIDAVIT

I, _Kurtis Hawkins_, herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure. living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringment "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary: 1x per week, laundry loop (pick up / drop off) 2x per week, town hall meetings (sporadically), mail call: 5x per week, mainline (chow): 3 per day, TV / Day Room Gatherings: Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3' (overcrowded Both Units) per BOP policy program statement 1060.11 rated Cap for Bureau facilities (IE over 200% rated Cap)

> All forementioned Constitutional violations stated in ":Class Action."
> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, _Kurtis Hawkins_, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;

By: _____      2/9/21
Signature of Affiant          Date

C/O _____
_____
_____

# AFFIDAVIT

I, _Johnny J. Juarez_, herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringement "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary : 1x per week, laundry loop (pick up / drop off) 2x per week, town hall meetings (sporadically), mail call : 5x per week, mainline (chow) : 3 per day, TV / Day Room Gatherings : Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3 (overcrowded Both Units) per BOP policy program statement 1060.11 rated Cap for Bureau facilities (IE over 200% rated Cap)

> All forementioned Constitutional violations stated in "Class Action."
> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, _Johnny J. Juarez_, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;                    (OATH)].

By: _Johnny J. Juarez_                         _2/9/21_
    Signature of Affiant                          Date

C/O _____
    _____
    _____
    _____

# AFFIDAVIT

I, JOSE MATA SOTO _____, herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> COVID 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continued influx of infected inmates into Both Units substantial risk exposure. living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs 75-80% @ FMC, 8th Amendment right infringment "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary: 1x per week, laundry loop (pick up / drop off) 2x per week, town hall meetings (sporadically), mail call: 5x per week, mainline (chow): 3 per day, TV/Day Room Gatherings: Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3 (overcrowded Both Units) per BOP policy program statement 1060.11 rated Cap for Bureau facilities. (IE over 200% rated Cap.)

> All forementioned Constitutional violations stated in "Class Action."
> all Constitutional Deprivation for the entire "Class" due to BOP's
failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, JOSE MATA SOTO _____, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;          (OATH)].

By: JOSE MATA SOTO _____          9/9/21
Signature of Affiant                              Date

C/O _____
_____
_____
_____
_____

# AFFIDAVIT

I, _Benny Graham_ , herein "Affiant', being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st).

> COVID 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure, living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringment "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary : 1x per week, laundry loop (pick up / drop off) 2x per week, town hall meetings (sporadically), mail call : 5x per week, mainline (chow) : 3 per day, TV / Day Room Gatherings : Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3 (overcrowded Both Units) per BOP policy program statement 1060.11 rated cap for Bureau facilities (IE over 200% rated Cap)

> All forementioned Constitutional violations stated in ":Class Action."
> all Constitutional Deprivation for the entire "Class"due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, _Benny Graham_ , over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;                    (OATH)].

By: _Benny Graham_                                      _2/9/21_
Signature of Affiant                                        Date

C/O _____
_____
_____
_____

# AFFIDAVIT

I, Juan Jose Barcos Ortiz, herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> COVID 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringment "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary : 1x per week, laundry loop (pick up/drop off) 2x per week, town hall meetings (sporadically), mail call : 5x per week, mainline (chow): 3 per day, TV/Day Room Gatherings : Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3 (overcrowded Both Units) per BOP policy program statement 1060.11 rated cap for Bureau facilities (IE over 200% rated Cap)

> All foramentioned Constitutional violations stated in "Class Action."
> all Constitutional Deprivation for the entire "Class"due to BOP's
failure and lack luster efforts to protects ALL Inmates

---

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, Juan Jose Barcos Ortiz, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;                    (OATH)].

By: Juan J Barcos O
Signature of Affiant

2-9-21
Date

C/O _____
_____
_____
_____

# AFFIDAVIT

I, _Juan Ramirez_, herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st).

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringement "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary: 1x per week, laundry loop (pick up / drop off) 2x per week, town hall meetings (sporadically), mail call: 5x per week, mainline (chow): 3 per day, TV/Day Room Gatherings: Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3' (overcrowded Both Units) per BOP policy program statement 1060.11 rated cap for Bureau facilities (IE over 200 % rated Cap)

» All forementioned Constitutional violations stated in ":Class Action."

> all Constitutional Deprivation for the entire "Class"due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, _Juan Ramirez_, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;                    (OATH)].

By: _Juan Ramirez_
Signature of Affiant

Date

C/O _____
_____
_____
_____

# AFFIDAVIT

I, _Joseph Hernandez_ , herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> COVID 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringement "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary: 1x per week, laundry loop (pick up/drop off) 2x per week, town hall meetings (sporadically), mail call: 5x per week, mainline (chow): 3 per day, TV/Day Room Gatherings: Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3' (overcrowded Both Units) per BOP policy program statement 10.6.11 rated Cap for Bureau facilities (IE over 200% rated Cap)

> All forementioned Constitutional violations stated in ":Class Action."
> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, _Joseph Hernandez_ , over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;                    (OATH)].

By: _____  27161-05

Signature of Affiant

Date  2/10/21

C/O  _____
_____
_____

# AFFIDAVIT

I, Leslie Strong_____, herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into both Units substantial risk exposure, living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringment "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary: 1x per week, laundry loop (pick up / drop off) 2x per week, town hall meetings (sporadically), mail call: 5x per week, mainline (chow): 3 per day, TV / Day Room Gatherings: Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3' (overcrowded both Units) per BOP policy program statement 1060.11 rated cap for Bureau facilities (ie over 200% rated cap.)

> All forementioned Constitutional violations stated in "Class Action."

> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, Leslie Strong_____, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621; (OATH)].

By: _____ 54962-380          2-10-21
Signature of Affiant                      Date

C/O  _____
     _____
     _____
     _____

# AFFIDAVIT

I, _Justin Piper_ , herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive, and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure. living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringement "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary: 1x per week, laundry loop (pick up/drop off) 2x per week, town hall meetings (sporadically), mail call: 5x per week, mainline (chow): 3 per day, TV/Day Room Gatherings: Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3' (overcrowded both Units) per BOP policy program statement 1060.11 rated cap for Bureau facilities (ie over 200% rated cap)

> All forementioned Constitutional violations stated in "Class Action."

> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, _Justin Piper_ , over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;                    (OATH)].

By: _____          2·10·21
Signature of Affiant                          Date

C/O _____
_____
_____

# AFFIDAVIT

I, _Andrew Searcy_____, herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure, living with contemporary standards of human decency @ 10% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringement "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary: 1x per week, laundry loop (pick up / drop off) 2x per week, town hall meetings (sporadically), mail call: 5x per week, mainline (chow): 3 per day, TV/Day Room Gatherings: Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3' (overcrowded Both Units) per BOP policy program statement 1060.11 rated Cap for Bureau facilities (ie over 200% rated Cap)

> All forementioned Constitutional violations stated in ":Class Action."

> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, _Andrew Searcy_____, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621; (OATH)].

By: _Andrew Searcy #45768-044_        _2-10-2021_
Signature of Affiant                              Date

C/O _____

_____

_____

_____

# AFFIDAVIT

I, Taylor Higginbotham                , herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure, living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringement "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary : 1x per week, laundry loop (pick up / drop off) 2x per week, town hall meetings (sporadically), mail call : 5x per week, mainline (chow) : 3 per day, TV / Day Room Gatherings : Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3' (overcrowded Both Units) per BOP policy program statement 1060.11 rated Cap for Bureau facilities (ie over 200% rated Cap.)

> All forementioned Constitutional violations stated in "Class Action."

> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, Taylor Higginbotham          , over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;           (OATH)].

By: _Taylor_ #58155-177          2-10-21
Signature of Affiant                Date

C/O  _____

_____

_____

# AFFIDAVIT

I, Jean L. Vargas-Malave , herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure, living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringment "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary: 1x per week, laundry loop (pick up / drop off) 2x per week, town hall meetings (sporadically), mail call: 5x per week, mainline (chow): 3 per day, TV / Day Room Gatherings: Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3' (overcrowded Both Units) per BOP policy program statement 1060.11 rated cap for Bureau facilities (IE over 200% rated cap)

> All forementioned Constitutional violations stated in ":Class Action."

> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, Jean Vargas-Malave , over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;                (OATH)].

By: _____ 57172-177                    2-10-2021
Signature of Affiant                           Date

C/O _____
_____
_____
_____

# AFFIDAVIT

I, _Jeffrey A McManion_, herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringement "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary : 1x per week, laundry loop (pick up / drop off) 2x per week, town hall meetings (sporadically), mail call : 5x per week, mainline (chow) : 3 per day, TV/Day Room Gatherings : Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3' (overcrowded Both Units) per BOP policy program statement 1060.11 rated Cap for Bureau facilities (IE over 200% rated Cap.)

> All forementioned Constitutional violations stated in "Class Action."

> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, _Jeffrey A McManion_, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;                    (OATH)].

By: _Jeffrey McManion_ 83165-080                    2-10-2021

Signature of Affiant                    Date

C/O _____

_____

_____

_____

# AFFIDAVIT

I, _Steve M Tyler_ , herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release/cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure, living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringement "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary: 1x per week, laundry loop (pick up/drop off) 2x per week, town hall meetings (sporadically), mail call: 5x per week, mainline (chow): 3 per day, TV/Day Room Gatherings: Daily.

> Overcrowding/Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3' (overcrowded Both Units) per BOP policy program statement 1060.11 rated Cap for Bureau facilities (ie over 200% rated Cap)

> All forementioned Constitutional violations stated in "Class Action."

> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, _Steve M Tyler_ , over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621; (OATH)].

By: _Steve M Tyler #10040-180_                     _2/10/21_
Signature of Affiant                                          Date

C/O _____
_____
_____

# AFFIDAVIT

I, Charles Scott, herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringement "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary: 1x per week, laundry loop (pick up / drop off) 2x per week, town hall meetings (sporadically), mail call: 5x per week, mainline (chow): 3 per day, TV/Day Room Gatherings: Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3' (overcrowded Both Units) per BOP policy program statement 1060.11 rated Cap for Bureau facilities (Is over 200% rated Cap)

> All forementioned Constitutional violations stated in "Class Action."
> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, Charles Scott, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621; (OATH)].

By: Charles Scott                    2/10/21
Signature of Affiant                 Date

C/O _____
    _____
    _____
    _____

# AFFIDAVIT

I, Kuree Barton _____, herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringment "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary: 1x per week, laundry loop (pick up / drop off) 2x per week, town hall meetings (sporadically), mail call: 5x per week, mainline (chow): 3 per day, TV/Day Room Gatherings: Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3' (overcrowded Both Units) per BOP policy program statement 1060.11 rated cap for Bureau facilities (IE over 200% rated cap)

> All forementioned Constitutional violations stated in "Class Action."
> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, Kuree Barton _____, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;                (OATH)].

By: _____                2/10/21
Signature of Affiant                          Date

C/O _____
    _____
    _____
    _____

# AFFIDAVIT

I, _Tommy Guzman_____, herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs 75-80% @ FMC, 8th Amendment right infringment "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary: 1x per week, laundry loop (pick up/drop off) 2x per week, town hall meetings (sporadically), mail call: 5x per week, mainline (chow): 3 per day, TV/Day Room Gatherings: Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3 (overcrowded Both Units) per BOP policy Program statement 1060.11 rated Cap for Bureau facilities (IE over 200% rated Cap)

> All forementioned Constitutional violations stated in "Class Action."
> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, _Tommy Guzman_____, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;                    (OATH)].

By: _____ #57722-177                    2-10-21
     Signature of Affiant                          Date

C/O  _____
     _____
     _____
     _____

# AFFIDAVIT

I, **Andrew Guerrero #55345177** herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap re-filled 3 times in bathrooms since pandemic lockdown (April 1st)

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringement "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary: 1x per week, laundry loop (pick up / drop off) 2x per week, town hall meetings (sporadically), mail call: 5x per week, mainline (chow): 3 per day, TV / Day Room Gatherings: Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3' (overcrowded Both Units) per BOP policy program statement 1060.11 rated cap for Bureau facilities. (is over 200% rated cap.)

> All forementioned Constitutional violations stated in ":Class Action."

> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, **Andrew Guerrero #55345177**, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;      (OATH)].

#55345177

By: _____      2-10-2021
Signature of Affiant      Date

C/O  _____
_____
_____

# AFFIDAVIT

I, Roy Perkins, herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st).

> Covid 19 testing. less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure. living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringment "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary : 1x per week, laundry loop (pick up/drop off) 2x per week, town hall meetings (sporadically), mail call : 5x per week, mainline (chow) : 3 per day, TV/ Day Room Gatherings : Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3 (overcrowded both Units) per BOP policy program statement 1060.11 rated Cap for Bureau facilities (IE over 200 % rated Cap)

> All forementioned Constitutional violations stated in ":Class Action."
> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, Roy Perkins, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;                    (OATH)].

By: Roy Perkins #25970-077                    2-10-2021
Signature of Affiant                           Date

C/O _____
   _____
   _____
   _____

# AFFIDAVIT

I, _Michael Mendoza_, herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st).

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure, living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringment "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary: 1x per week, laundry loop (pick up / drop off) 2x per week, town hall meetings (sporadically), mail call: 5x per week, mainline (chow): 3 per day, TV/Day Room Gatherings: Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3' (overcrowded Both Units) per BOP policy program statement 1060.11 rated Cap for Bureau facilities (IE over 200% rated Cap)

> All forementioned Constitutional violations stated in "Class Action."

> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

---

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, _Michael Mendoza_, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621; (OATH)].

By: _Michael Mendoza_ 08922-068

Signature of Affiant

Date: 2-10-21

C/O _____
_____
_____
_____

# AFFIDAVIT

I, __Josue Coy__, herein "Affiant', being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release/cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure, living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringment "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary: 1x per week, laundry loop (pick up/drop off) 2x per week, town hall meetings (sporadically), mail call: 5x per week, mainline (chow): 3 per day, TV/Day Room Gatherings: Daily.

> Overcrowding/Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3 (overcrowded Both Units) per BOP policy program statement 1060.11 rated Cap for Bureau facilities (IE over 200% rated Cap)

> All forementioned Constitutional violations stated in ":Class Action."
> all Constitutional Deprivation for the entire "Class"due to BOP's failure and lack luster efforts to protects ALL Inmates

---

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, __Josue Coy__, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;                    (OATH)].

By: _____ 58138-177                    2/10/21
Signature of Affiant                              Date

C/O _____
_____
_____

# AFFIDAVIT

I, Ruben Santoyo , herein "Affiant', being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st).

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive, and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure. living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringment "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary : 1x per week, laundry loop (pick up / drop off) 2x per week, town hall meetings (sporadically), mail call : 5x per week, mainline (chow) : 3 per day, TV / Day Room Gatherings : Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3 (overcrowded Both Units) per BOP policy program statement 1060.11 rated Cap for Bureau facilities (Is over 200% rated Cap)

> All forementioned Constitutional violations stated in ":Class Action."
> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, Ruben Santoyo , over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;                    (OATH)].

By: _Ruben Santoyo_ 78239-112          2/10/2021
Signature of Affiant                    Date

C/O _____
_____
_____

# AFFIDAVIT

I, Jerry D. Malaer_____, herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st).

> COVID 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure, living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringement "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary: 1x per week, laundry loop (pick up / drop off) 2x per week, town hall meetings (sporadically), mail call: 5x per week, mainline (chow): 3 per day, TV/Day Room Gatherings: Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3 (overcrowded Both Units) per BOP policy program statement 1060.11 rated cap for Bureau facilities (IE over 200% rated cap)

> All forementioned Constitutional violations stated in ":Class Action."

> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

---

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, Jerry D. Malaer_____, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;                    (OATH)].

By: _____                    2-10-21

Signature of Affiant                                    Date

C/O    _____
       _____
       _____
       _____

# AFFIDAVIT

I, *Benny Graham* _____, herein "Affiant', being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringment "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary: 1x per week, laundry loop (pick up / drop off) 2x per week, town hall meetings (sporadically), mail call: 5x per week, mainline (chow): 3 per day, TV/Day Room Gatherings: Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3 (overcrowded Both Units) per BOP policy program statement 1060.11 rated cap for Bureau facilities (IE over 200% rated Cap)

> All forementioned Constitutional violations stated in ": Class Action."
> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, *Benny Graham* _____, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;                (OATH)].

By: *Benny Graham* _____                    2/10/21
Signature of Affiant                                    Date

C/O _____
_____
_____
_____

# AFFIDAVIT

I, __Henry D Jackson__, herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure, living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs 75-80% @ FMC, 8th Amendment right infringment "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary : 1x per week, laundry loop (pick up / drop off) 2x per week, town hall meetings (sporadically), mail call : 5x per week, mainline (chow) : 3 per day, TV / Day Room Gatherings : Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3 (overcrowded Both Units) per BOP policy program statement 1060.11 rated cap for Bureau facilities (IE over 200 % rated cap)

> All forementioned Constitutional violations stated in ":Class Action."
> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

---

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, __Henry D Jackson__, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621; (OATH)].

By: _____          __2-10-21__
Signature of Affiant                           Date

C/O _____
_____
_____
_____

# AFFIDAVIT

I, __CharLes Jackson__, herein "Affiant', being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st).

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure, living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs 75-80% @ FMC, 8th Amendment right infringment "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary : 1x per week, laundry loop (pick up / drop off) 2x per week, town hall meetings (sporadically), mail call : 5x per week, mainline (chow) : 3 per day, TV / Day Room Gatherings : Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3 (overcrowded Both Units) per BOP policy program statement 1060.11 rated cap for Bureau facilities (IE over 200% rated cap)

> All forementioned Constitutional violations stated in ":Class Action."

> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

---

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, __CharLes Jackson__, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;                    (OATH)].

By: __Charles Jackson__                              20-20-21
Signature of Affiant                                 Date

C/O _____
_____
_____
_____

# AFFIDAVIT

I, ___JOEL SALCEDO___, herein "Affiant', being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure, living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringment "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary: 1x per week, laundry loop (pick up / drop off) 2x per week, town hall meetings (sporadically), mail call: 5x per week, mainline (chow): 3 per day, TV/Day Room Gatherings: Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3' (overcrowded Both Units) per BOP policy program statement 1060.11 rated Cap for Bureau facilities (IE over 200% rated Cap)

> All forementioned Constitutional violations stated in "Class Action."

> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, ___JOEL SALCEDO___, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;                (OATH)].

By: _____          2-10-21
    **Signature of Affiant**                **Date**

C/O  _____
     _____
     _____
     _____

# AFFIDAVIT

I, William W Slatten Jr., herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st).

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive, and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure, living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringement "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary: 1x per week, laundry loop (pick up / drop off) 2x per week, town hall meetings (sporadically), mail call: 5x per week, mainline (chow): 3 per day, TV/ Day Room Gatherings: Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3' (overcrowded Both Units) per BOP policy Program statement 1060.11 rated Cap for Bureau facilities (ie over 200% rated Cap)

> All forementioned Constitutional violations stated in ":Class Action."
> all Constitutional Deprivation for the entire "Class" due to BOP's
failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, William W. Slatten Jr., over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621; (OATH)].

By: _William W. Slatten Jr_   2-10-21
Signature of Affiant   Date

C/O _____
_____
_____
_____

# AFFIDAVIT

I, Daniel J. Sullivan, herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure, living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringment "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary : 1x per week, laundry loop (pick up / drop off) 2x per week, town hall meetings (sporadically), mail call : 5x per week, mainline (chow) : 3 per day, TV / Day Room Gatherings : Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3 (overcrowded Both Units) per BOP policy program statement 1060.11 rated cap for Bureau facilities (ie over 200 % rated Cap)

> All forementioned Constitutional violations stated in ":Class Action."
> all Constitutional Deprivation for the entire "Class"due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, Daniel J. Sullivan, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;           (OATH)].

By: *Daniel J. Sullivan*                                      Feb 10, 2021
Signature of Affiant                                          Date

C/O _____
_____
_____
_____

# AFFIDAVIT

I, *Preston Bushard*_____, herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure, living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringment "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary : 1x per week, laundry loop (pick up / drop off) 2x per week, town hall meetings (sporadically), mail call : 5x per week, mainline (chow) : 3 per day, TV / Day Room Gatherings : Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3' (overcrowded Both Units) per BOP policy program statement 1060.11 rated Cap for Bureau facilities (IE over 200% rated Cap)

> All forementioned Constitutional violations stated in "Class Action."
> all Constitutional Deprivation for the entire "Class"due to BOP's failure and lack luster efforts to protects ALL Inmates

---

**VERIFICATION UNDER THE PENALTY OF PERJURY**

I, *Preston Bushard*_____, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;                    (OATH)].

By: _____          2-10-21
**Signature of Affiant**                                    Date

C/O  _____
     _____
     _____
     _____

# AFFIDAVIT

I, _Michael Henderson_, herein "Affiant', being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st).

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure, living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringment " Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary : 1x per week, laundry loop (pick up / drop off) 2x per week, town hall meetings (sporadically), mail call : 5x per week, mainline (chow) : 3 per day, TV / Day Room Gatherings : Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3 (overcrowded Both Units) per BOP policy program statement 1060.11 rated Cap for Bureau facilities (IE over 200% rated Cap)

> All forementioned Constitutional violations stated in ":Class Action."
> all Constitutional Deprivation for the entire "Class"due to BOP's failure and lack luster efforts to protects ALL Inmates

---

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, _Michael Henderson_, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;                (OATH)].

By: _(signature)_                              2-10-21
Signature of Affiant                            Date

C/O _____
_____
_____
_____

# AFFIDAVIT

I, _Charles Layne_____, herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure, living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringment "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary : 1x per week, laundry loop (pick up / drop off) 2x per week, town hall meetings (sporadically), mail call : 5x per week, mainline (chow) : 3 per day, TV/ Day Room Gatherings : Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3 (overcrowded both Units) per BOP policy program statement 1060.11 rated Cap for Bureau facilities (IE over 200% rated Cap)

> All forementioned Constitutional violations stated in "Class Action."
> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, _Charles Layne_____, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;                    (OATH)].

By: _____          _____
Signature of Affiant                              Date

C/O _____
_____
_____
_____

# AFFIDAVIT

I, _Kevin Borges_, herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> COVID 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75 - 80% @ FMC, 8th Amendment right infringement "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary : 1x per week, laundry loop (pick up / drop off) 2x per week, town hall meetings (sporadically), mail call : 5x per week, mainline (chow) : 3 per day, TV / Day Room Gatherings : Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3' (overcrowded Both Units) per BOP policy program statement 1060.11 rated cap for Bureau facilities (IE over 200% rated Cap.)

> All forementioned Constitutional violations stated in ":Class Action."

> all Constitutional Deprivation for the entire "Class"due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, _Kevin Borges_, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;                    (OATH)].

By: _____
Signature of Affiant

2/10/21
Date

C/O  _____
    _____
    _____
    _____

# AFFIDAVIT

I, __HEON J YOO__, herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st).

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive, and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure, living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringement "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary: 1x per week, laundry loop (pick up/drop off) 2x per week, town hall meetings (sporadically), mail call: 5x per week, mainline (chow): 3 per day, TV/Day Room Gatherings: Daily.

> Overcrowding/Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3 (overcrowded both Units) per BOP policy program statement 1060.11 rated Cap for Bureau facilities (IE over 200% rated Cap)

> All forementioned Constitutional violations stated in "Class Action."
> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, __HEON J YOO__, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621.]    (OATH)].

By: _____

Signature of Affiant

2021 02 10
Date

C/O _____
_____
_____
_____

# AFFIDAVIT

I, Bryson R. Coleman_____, herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st).

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure, living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringment "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary : 1x per week, laundry loop (pick up / drop off) 2x per week, town hall meetings (sporadically), mail call : 5x per week, mainline (chow) : 3 per day, TV / Day Room Gatherings : Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3' (overcrowded Both Units) per BOP policy program statement 1060.11 rated Cap for Bureau facilities (IE over 200% rated Cap.)

> All forementioned Constitutional violations stated in "Class Action."
> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, Bryson. R. Coleman_____, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;                    (OATH)].

By: _Bryson R. Col_____          2-10-21
Signature of Affiant                    Date

C/O _____
_____
_____
_____

# AFFIDAVIT

I, _Jose Paco Villegas_, herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st).

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure, living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringement "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary : 1x per week, laundry loop (pick up / drop off) 2x per week, town hall meetings (sporadically), mail call : 5x per week, mainline (chow) : 3 per day, TV / Day Room Gatherings : Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3' (overcrowded Both Units) per BOP policy program statement 1060.11 rated Cap for Bureau facilities (IE over 200 % rated Cap)

> ALL forementioned Constitutional violations stated in "Class Action."
> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, _Jose P Villegas_, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;                    (OATH)].

By: _Jose P Villegas_
Signature of Affiant

_2-10-21_
Date

C/O _____
_____
_____
_____

# AFFIDAVIT

I, Dayton Williams , herein "Affiant', being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure, living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringment "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary : 1x per week, laundry loop (pick up/drop off) 2x per week, town hall meetings (sporadically), mail call : 5x per week, mainline (chow) : 3 per day, TV/Day Room Gatherings : Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3' (overcrowded both Units) per BOP policy program statement 1060.11 rated cap for Bureau facilities (IE over 200% rated Cap)

> All forementioned Constitutional violations stated in ":Class Action."

> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, Dayton Williams , over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621; (OATH)].

By: _____          2-10-21
Signature of Affiant                                         Date

C/O _____
_____
_____
_____

# AFFIDAVIT

I, _Mike Porter_, herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> COVID 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringment "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary : 1x per week, laundry loop (pick up / drop off) 2x per week, town hall meetings (sporadically), mail call : 5x per week, mainline (chow) : 3 per day, TV / Day Room Gatherings : Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3' (overcrowded Both Units) per BOP policy program statement 1060.11 rated cap for Bureau facilities (ie over 200 % rated cap)

> All forementioned Constitutional violations stated in "Class Action."
> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, _Mike Porter_, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621; (OATH)].

By: _____    2-10-21
Signature of Affiant                    Date

C/O _____
_____
_____
_____

# AFFIDAVIT

I, _____Juan Ramirez_____, herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release/cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure, living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringment "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary: 1x per week, laundry loop (pick up/drop off) 2x per week, town hall meetings (sporadically), mail call: 5x per week, mainline (chow): 3 per day, TV/Day Room Gatherings: Daily.

> Overcrowding/Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3' (overcrowded Both Units) per BOP policy program statement 1060.11 rated cap for Bureau facilities (ie over 200% rated cap)

> All forementioned Constitutional violations stated in "Class Action."
> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, _____Juan Ramirez_____, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;                    (OATH)].

By: _____Juan Ramirez_____
Signature of Affiant

_____
Date

C/O

# AFFIDAVIT

I, Lionel J. Villicaña, herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure, living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringement "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary : 1x per week, laundry loop (pick up / drop off) 2x per week, town hall meetings (sporadically), mail call : 5x per week, mainline (chow) : 3 per day, TV/Day Room Gatherings : Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3' (overcrowded Both Units) per BOP policy program statement 1060.11 rated Cap for Bureau facilities (ie over 200% rated Cap.)

> All forementioned Constitutional violations stated in "Class Action."

> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, Lionel J. Villicaña, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621; (OATH)].

By: _Lionel J. Villicaña_    2. 10-21
Signature of Affiant    Date

C/O _____

_____

_____

_____

# AFFIDAVIT

I, _Ronelle Oudems_____, herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release/cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure. living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringement "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary: 1x per week, laundry loop (pick up/drop off) 2x per week, town hall meetings (sporadically), mail call: 5x per week, mainline (chow): 3 per day, TV/Day Room Gatherings: Daily.

> Overcrowding/Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A&C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3 (overcrowded Both Units) per BOP policy program statement 1060.11 rated cap for Bureau facilities (IE over 200% rated cap)

> All forementioned Constitutional violations stated in ":Class Action."

> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, _Ronelle Oudems_____, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;      (OATH)].

By: _Ronelle Oudems_____          _2/10/21_
Signature of Affiant                          Date

C/O _____
_____
_____
_____

# AFFIDAVIT

I, Odumegwu Ingram , herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> COVID 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure, living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringment "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary : 1x per week, laundry loop (pick up / drop off) 2x per week, town hall meetings (sporadically), mail call : 5x per week, mainline (chow) : 3 per day, TV/Day Room Gatherings : Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3' (overcrowded Both Units) per BOP policy program statement 1060.11 rated Cap for Bureau facilities (IE over 200% rated Cap)

> All forementioned Constitutional violations stated in "Class Action."
> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, Odumegw Ingram , over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;                                    (OATH)].

By: _____ 09560017        2-10-21
Signature of Affiant                                    Date

C/O _____
_____
_____
_____

# AFFIDAVIT

I, Miguel Galvan _____, herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st).

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure, living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringement "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary: 1x per week, laundry loop (pick up/drop off) 2x per week, town hall meetings (sporadically), mail call: 5x per week, mainline (chow): 3 per day, TV/Day Room Gatherings: Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3' (overcrowded Both Units) per BOP policy program statement 1060.11 rated Cap for Bureau facilities (IE over 200% rated Cap)

» All forementioned Constitutional violations stated in "Class Action."

> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, Miguel Galvan _____, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;                    (OATH)].

By: _Miguel Galvan 58814-177_        2/10/21
Signature of Affiant                                Date

C/O _____
_____
_____

# AFFIDAVIT

I, Larry Branch , herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure, living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringement "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary: 1x per week, laundry loop (pick up/drop off) 2x per week, town hall meetings (sporadically), mail call: 5x per week, mainline (chow): 3 per day, TV/Day Room Gatherings: Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3' (overcrowded Both Units) per BOP policy program statement 1060.11 rated cap for Bureau facilities (is over 200% rated Cap)

> All forementioned Constitutional violations stated in ":Class Action."

> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, Larry Branch , over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621; (OATH)].

By: _Larry D. Branch Jr._ 83659-380    2-10-21
Signature of Affiant                         Date

C/O _____
_____
_____
_____

# AFFIDAVIT

I, _Blake Robertson_____, herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure, living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringement "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary: 1x per week, laundry loop (pick up / drop off) 2x per week, town hall meetings (sporadically), mail call: 5x per week, mainline (chow): 3 per day, TV/Day Room Gatherings: Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3' (overcrowded Both Units) per BOP policy program statement 1060.11 rated Cap for Bureau facilities (IE over 200% rated Cap)

> All forementioned Constitutional violations stated in "Class Action."
> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, _Blake Robertson_____, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;       (OATH)].

By: _Blake Robertson 47927-177_____      2/10/21
Signature of Affiant                            Date

C/O _____
_____
_____
_____

# AFFIDAVIT

I, _Lyndsey Cox_____, herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release/cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st).

> Covid 19 testing, less than half of inmate population has been tested on FMC campound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure, living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringment "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary: 1x per week, laundry loop (pick up/drop off) 2x per week, town hall meetings (sporadically), mail call: 5x per week, mainline (chow): 3 per day, TV/Day Room Gatherings: Daily.

> Overcrowding/Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3' (overcrowded Both Units) per BOP policy program statement 1060.11 rated Cap for Bureau facilities (Ie over 200% rated Cap)

> All forementioned Constitutional violations stated in "Class Action."
> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, _Lyndsey Cox_____, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;                    (OATH)].

By: _____  21466-078                    2-10-21
Signature of Affiant                                Date

C/O _____
    _____
    _____
    _____

# AFFIDAVIT

I, _Joshua Amos_ , herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st).

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive, and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure, living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringment "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary : 1x per week, laundry loop (pick up / drop off) 2x per week, town hall meetings (sporadically), mail call : 5x per week, mainline (chow) : 3 per day, TV / Day Room Gatherings : Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3' (overcrowded both Units) per BOP policy program statement 1060.11 rated cap for Bureau facilities (IE over 200% rated Cap)

>> All forementioned Constitutional violations stated in ":Class Action."

> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, _Joshua Amos_ , over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;                    (OATH)].

By: _Joshua Amos_   74978-479          2-11-21
Signature of Affiant                   Date

C/O _____

_____

_____

# AFFIDAVIT

I, T'Corrius Jordan, herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release/cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure, living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringement "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary: 1x per week, laundry loop (pick up/drop off) 2x per week, town hall meetings (sporadically), mail call: 5x per week, mainline (chow): 3 per day, TV/Day Room Gatherings: Daily.

> Overcrowding/Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3' (overcrowded Both Units) per BOP policy program statement 1060.11 rated cap for Bureau facilities (ie over 200% rated cap)

> All forementioned Constitutional violations stated in ":Class Action."

> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, T'Corrius Jordan, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;                    (OATH)].

By: _T'Corrius Jordan 26410-078_    _2-11-21_
Signature of Affiant                              Date

C/O _____

_____

_____

# AFFIDAVIT

I, Derrick D. Holt, herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release/cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st).

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure, living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringement "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary : 1x per week, laundry loop (pick up/drop off) 2x per week, town hall meetings (sporadically), mail call : 5x per week, mainline (chow) : 3 per day, TV/Day Room Gatherings : Daily.

> Overcrowding/Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3' (overcrowded Both Units) per BOP policy program statement 1060.11 rated Cap for Bureau facilities (ie over 200% rated Cap)

> All forementioned Constitutional violations stated in ":Class Action."

> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, Derrick Holt, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;                    (OATH)].

By: _Derrick Holt_ #37198-180    2-10-21
Signature of Affiant                      Date

C/O _____

_____

_____

_____

# AFFIDAVIT

I, _Rafael Tovar_ , herein "Affiant', being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure. living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringement " Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary : 1x per week, laundry loop (pick up /drop off) 2x per week, town hall meetings (sporadically), mail call : 5x per week, mainline (chow) : 3 per day, TV/Day Room Gatherings : Daily.

> Overcrowding /Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3' (overcrowded Both Units) per BOP policy program statement 1060.11 rated Cap for Bureau facilities (ie over 200% rated Cap)

> All forementioned Constitutional violations stated in "Class Action."
> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## ———VERIFICATION UNDER THE PENALTY OF PERJURY

I, _Rafael Tovar_ , over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;                    (OATH)].

By: _Rafael Tovar #57573-180_          2-10-21
Signature of Affiant                          Date

C/O _____
_____
_____
_____

# AFFIDAVIT

I, Hector Valdez _____, herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap re-filled 3 times in bathrooms since pandemic lockdown (April 1st)

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure, living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringment "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary: 1x per week, laundry loop (pick up / drop off) 2x per week, town hall meetings (sporadically), mail call: 5x per week, mainline (chow): 3 per day, TV/Day Room Gatherings: Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3 (overcrowded Both Units) per BOP policy program statement 1060.11 rated Cap for Bureau facilities (ie over 200% rated Cap)

> All forementioned Constitutional violations stated in ":Class Action."
> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, Hector Valdez _____, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;                    (OATH)].

By: _Hector Valdez_
Signature of Affiant

2/10/20
Date

C/O _____
_____
_____
_____

# AFFIDAVIT

I, Leslie Williams , herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release/cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure, living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringement "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary: 1x per week, laundry loop (pick up/drop off) 2x per week, town hall meetings (sporadically), mail call: 5x per week, mainline (chow): 3 per day, TV/Day Room Gatherings: Daily.

> Overcrowding/Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3' (overcrowded Both Units) per BOP policy program statement 1060.11 rated Cap for Bureau facilities (IE over 200% rated Cap.)

> All forementioned Constitutional violations stated in "Class Action."

> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, Leslie Williams , over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;           (OATH)].

By: _____ 86820-380 _____      2/10/21
Signature of Affiant                        Date

C/O  _____
     _____
     _____
     _____

# AFFIDAVIT

I, Jason Robert Schepers        , herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure. living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringement "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary: 1x per week, laundry loop (pick up / drop off) 2x per week, town hall meetings (sporadically), mail call: 5x per week, mainline (chow): 3 per day, TV/Day Room Gatherings: Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3 (overcrowded Both Units) per BOP policy program statement 1060.11 rated Cap for Bureau facilities (ie over 200% rated Cap)

> All forementioned Constitutional violations stated in ":Class Action."
> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, Jason Robert Schepers        , over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;                    (OATH)].

By: _____ #19593-023                    02-10-2021
    Signature of Affiant                               Date

C/O _____
    _____
    _____
    _____

# AFFIDAVIT

I, David Ricks _____, herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release/cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since Pandemic lockdown (April 1st).

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure, living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringment "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary : 1x per week, laundry loop (pick up/drop off) 2x per week, town hall meetings (sporadically), mail call : 5x per week, mainline (chow) : 3 per day, TV/Day Room Gatherings : Daily.

> Overcrowding/Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3' (overcrowded Both Units) per BOP policy program statement 1060.11 rated cap for Bureau facilities (IE over 200% rated Cap)

> All forementioned Constitutional violations stated in "Class Action."
> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, David Ricks _____, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621; (OATH)].

By: David Ricks #50903-177

**Signature of Affiant**

Date 2/10/21

C/O _____
_____
_____
_____

# AFFIDAVIT

I, __Daniel Miller__, herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure, living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringement "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary: 1x per week, laundry loop (pick up/drop off) 2x per week, town hall meetings (sporadically), mail call: 5x per week, mainline (chow): 3 per day, TV/Day Room Gatherings: Daily.

> Overcrowding/Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3 (overcrowded Both Units) per BOP policy program statement 1060.11 rated Cap for Bureau facilities (IE over 200% rated Cap)

> All forementioned Constitutional violations stated in "Class Action."
> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, __Daniel Miller__, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;                    (OATH)].

By: __Daniel Miller__ #28835-031                    2-10-21
Signature of Affiant                                Date

C/O _____

_____

_____

# AFFIDAVIT

I, _Noah Alonzo_ , herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release/cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into both Units substantial risk exposure, living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringement "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary: 1x per week, laundry loop (pick up/drop off) 2x per week, town hall meetings (sporadically), mail call: 5x per week, mainline (chow): 3 per day, TV/Day Room Gatherings: Daily.

> Overcrowding/Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3 (overcrowded both Units) per BOP policy program statement 1060.11 rated cap for Bureau facilities (IE over 200% rated cap)

> All forementioned Constitutional violations stated in ":Class Action."

> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, _Noah Alonzo_ , over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C, Sec. 1621;        (OATH)].

By: _____ 59087177        2/10/21
Signature of Affiant                Date

C/O _____
_____
_____

# AFFIDAVIT

I, __STEVEN HAHNEL__, herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure living with contemporary standards of human decency @ 10% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringment "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary: 1x per week, laundry loop (pick up / drop off) 2x per week, town hall meetings (sporadically), mail call: 5x per week, mainline (chow): 3 per day, TV/Day Room Gatherings: Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3 (overcrowded Both Units) per BOP policy program statement 1060.11 rated cap for Bureau facilities (IE over 200% rated Cap)

> All forementioned Constitutional violations stated in ":Class Action."
> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, __STEVEN HAHNEL__, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;                    (OATH)].

By: ___# 27472-078___          ___2/10/21___
Signature of Affiant                  Date

C/O ___
___
___
___

# AFFIDAVIT

I, _Robert Luong_ , herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st).

> COVID 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringment "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary : 1x per week, laundry loop (pick up / drop off) 2x per week, town hall meetings (sporadically), mail call : 5x per week, mainline (chow) : 3 per day, TV / Day Room Gatherings : Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3 (overcrowded Both Units) per BOP policy program statement 1060.11 rated Cap for Bureau facilities (IE over 200% rated Cap)

> All forementioned Constitutional violations stated in ":Class Action."
> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, _Robert Luong_ , over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;                    (OATH)].

By: _____ #14532408

Signature of Affiant

2/10/21

Date

C/O _____
_____
_____
_____

# AFFIDAVIT

I, _Charles Johnson_ , herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure, living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs 75-80% @ FMC, 8th Amendment right infringement "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary: 1x per week, laundry loop (pick up / drop off) 2x per week, town hall meetings (sporadically), mail call: 5x per week, mainline (chow): 3 per day, TV/Day Room Gatherings: Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3 (overcrowded Both Units) per BOP policy program statement 1060.11 rated Cap for Bureau facilities (IE over 200% rated Cap)

> All forementioned Constitutional violations stated in ":Class Action."
> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, _Charles Johnson_ , over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;                          (OATH)].

By: _Charles Johnson_ #83808-180                    2/10/2021
Signature of Affiant                                 Date

C/O _____
_____
_____
_____

# AFFIDAVIT

I, EDWARD R. RODRIGUEZ JR. , herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure. living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringement "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary: 1x per week, laundry loop (pick up / drop off) 2x per week, town hall meetings (sporadically), mail call: 5x per week, mainline (chow): 3 per day, TV/Day Room Gatherings: Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3' (overcrowded Both Units) per BOP policy program statement 1060.11 rated Cap for Bureau facilities (is over 200% rated Cap.)

> All forementioned Constitutional violations stated in "Class Action."

> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, EDWARD R. RODRIGUEZ, JR. , over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621; (OATH)].

By: _____
Signature of Affiant

02/10/2021
Date

C/O _____
_____
_____
_____

# AFFIDAVIT

I, __Melvin Howell JR__ , herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> COVID 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both  Units substantial risk exposure. living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringment "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary : 1x per week, laundry loop (pick up / drop off) 2x per week, town hall meetings (sporadically), mail call : 5x per week, mainline (chow) : 3 per day, TV / Day Room Gatherings : Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3' (overcrowded Both Units) per BOP policy program statement 1060.11 rated Cap for Bureau facilities (ie over 200% rated Cap)

> All forementioned Constitutional violations stated in ":Class Action."

> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, __Melvin Howell Jr.__ , over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;    7809806 (OATH)].

By: _____    7809806    2-10-21
Signature of Affiant                          Date

C/O _____
    _____
    _____
    _____

# AFFIDAVIT

I, _Brian Chinn_, herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure, living with contemporary standards of human decency @ 10% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringment "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary : 1x per week, laundry loop (pick up / drop off) 2x per week, town hall meetings (sporadically), mail call : 5x per week, mainline (chow) : 3 per day, TV/Day Room Gatherings : Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3 (overcrowded Both Units) per BOP policy program statement 1060.11 rated cap for Bureau facilities (ie over 200% rated cap)

> All forementioned Constitutional violations stated in ":Class Action."
> all Constitutional Deprivation for the entire "Class"due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, _Brian Chinn_, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;      (OATH)].

By: _____ 21977078                2/10/21
Signature of Affiant                           Date

C/O _____
_____
_____

# AFFIDAVIT

I, _michael Sanchez_ , herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since Pandemic lockdown (April 1st)

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringment " Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary : 1x per week, laundry loop (pick up / drop off) 2x per week, town hall meetings (sporadically), mail call : 5x per week, mainline (chow) : 3 per day, TV / Day Room Gatherings : Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3 (overcrowded Both Units) per BOP policy program statement 1060.11 rated Cap for Bureau facilities (IE over 200% rated Cap)

> All forementioned Constitutional violations stated in ":Class Action."
> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, _michael Sanchez_ , over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621; (OATH)].

By: _michael Sanchez 58300380_          2-10-21
Signature of Affiant                         Date

C/O

# AFFIDAVIT

I, _Jarvis Moblin_, herein "Affiant', being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> COVID 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure, living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringement "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary: 1x per week, laundry loop (pick up / drop off) 2x per week, town hall meetings (sporadically), mail call: 5x per week, mainline (chow): 3 per day, TV/Day Room Gatherings: Daily.

> Overcrowding / Overpopulation (Both Units:), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3 (overcrowded Both Units) per BOP policy program statement 1060.11 rated Cap for Bureau facilities (IE over 200% rated Cap)

≫ All forementioned Constitutional violations stated in ": Class Action."
> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, _Jarvis Moblin_, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621; (OATH)].

By: _Jarvis Moble_ # 01239480                          2-10-21
Signature of Affiant                                              Date

C/O _____
_____
_____
_____

# AFFIDAVIT

I, **Jerry Sisco**, herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringement "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary : 1x per week, laundry loop (pick up / drop off) 2x per week, town hall meetings (sporadically), mail call : 5x per week, mainline (chow) : 3 per day, TV/Day Room Gatherings : Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3 (overcrowded Both Units) per BOP policy program statement 1060.11 rated cap for Bureau facilities (i.e over 200% rated Cap)

> All forementioned Constitutional violations stated in "Class Action."

> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, **Jerry Sisco**, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621; (OATH)].

By: **33247-480**

Signature of Affiant

Date **2-10-2021**

C/O _____
_____
_____
_____

# AFFIDAVIT

I, _Morgan Baldwin_, herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> COVID 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure, living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringment "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary: 1x per week, laundry loop (pick up / drop off) 2x per week, town hall meetings (sporadically), mail call: 5x per week, mainline (chow): 3 per day, TV/Day Room Gatherings: Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3' (overcrowded Both Units) per BOP policy program statement 1060.11 rated cap for Bureau facilities (ie over 200% rated cap)

> All forementioned Constitutional violations stated in ":Class Action."
> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, _Morgan Baldwin_, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621; (OATH)].

By: _Morgan Baldwin_  42559-177            2-10-21
Signature of Affiant                        Date

C/O _____
_____
_____
_____

# AFFIDAVIT

I, _Cabrera Julian_____, herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release/cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap re-filled 3 times in bathrooms since pandemic lockdown (April 1st).

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure, living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringment "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary : 1x per week, laundry loop (pick up/drop off) 2x per week, town hall meetings (sporadically), mail call : 5x per week, mainline (chow) : 3 per day, TV/Day Room Gatherings : Daily.

> Overcrowding/Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3' (overcrowded Both Units) per BOP policy program statement 1060.11 rated cap for Bureau facilities (IE over 200% rated Cap)

> All forementioned Constitutional violations stated in ":Class Action."

> all Constitutional Deprivation for the entire "Class"due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, _Julian Cabrera_____, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;    (OATH)].

By: _Julia Cabrera #49453-177_        2/10/21
Signature of Affiant                      Date

C/O _____
    _____
    _____
    _____

# AFFIDAVIT

I, Gvadulupe Macedo                , herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st).

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure, living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringment "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary : 1x per week, laundry loop (pick up/drop off) 2x per week, town hall meetings (sporadically), mail call : 5x per week, mainline (chow) : 3 per day, TV/Day Room Gatherings : Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3 (overcrowded Both Units) per BOP policy program statement 1060.11 rated Cap for Bureau facilities (IE over 200% rated Cap)

> All forementioned Constitutional violations stated in ": Class Action."

> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, Gvadulupe Macedo               , over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;                (OATH)].

By: _____          2/16/21
Signature of Affiant                          Date

C/O _____
_____
_____
_____

# AFFIDAVIT

I, __Derrick White__, herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st).

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure, living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringement "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary: 1x per week, laundry loop (pick up / drop off) 2x per week, town hall meetings (sporadically), mail call: 5x per week, mainline (chow): 3 per day, TV / Day Room Gatherings: Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3 (overcrowded Both Units) per BOP policy program statement 1060.11 rated Cap for Bureau facilities (IE over 200% rated Cap)

> All forementioned Constitutional violations stated in "Class Action."
> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, __Derrick White__, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621; (OATH)].

By: __D__ K Wh __#54538-048__        2/10/21
**Signature of Affiant**                      Date

C/O _____
_____
_____
_____

# AFFIDAVIT

I, Miguel A. Carreon _____, herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure, living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringement "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary: 1x per week, laundry loop (pick up / drop off) 2x per week, town hall meetings (sporadically), mail call: 5x per week, mainline (chow): 3 per day, TV/Day Room Gatherings: Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3' (overcrowded Both Units) per BOP policy program statement 1060.11 rated cap for Bureau facilities (ie over 200% rated cap)

> All forementioned Constitutional violations stated in ":Class Action."
> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, Miguel A. Carreon _____, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621; #23497078    (OATH)].

By: _____    2-10-21
Signature of Affiant                Date

C/O  _____
     _____
     _____
     _____

# AFFIDAVIT

I, _James Johnson_, herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure, living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs 75-80% @ FMC, 8th Amendment right infringment "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary: 1x per week, laundry loop (pick up/drop off) 2x per week, town hall meetings (sporadically), mail call: 5x per week, mainline (chow): 3 per day, TV/Day Room Gatherings: Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3 (overcrowded Both Units) per BOP policy program statement 1060.11 rated Cap for Bureau facilities (ie over 200% rated Cap)

> All forementioned Constitutional violations stated in "Class Action."
> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, _James Johnson_, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;          (OATH)].

By: _[signature]_ 44618-379                     2-10-21
Signature of Affiant                              Date

C/O _____
_____
_____

# AFFIDAVIT

I, Jamar Richardson ____, herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st).

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure. living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringement "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary : 1x per week, laundry loop (pick up / drop off) 2x per week, town hall meetings (sporadically), mail call : 5x per week, mainline (chow) : 3 per day, TV/Day Room Gatherings : Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3 (overcrowded Both Units) per BOP policy program statement 1060.11 rated Cap for Bureau facilities (IE over 200% rated Cap)

> All forementioned Constitutional violations stated in "Class Action."
> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, Jamar Richardson ____, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;        (OATH)].

By: _Jamar Richardson_  56996-177        2/10/21
Signature of Affiant                      Date

C/O _____
_____
_____
_____

# AFFIDAVIT

I, __Jose Garcia__, herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure. living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringement "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary : 1x per week, laundry loop (pick up/drop off) 2x per week, town hall meetings (sporadically), mail call : 5x per week, mainline (chow) : 3 per day, TV/Day Room Gatherings : Daily.

> Overcrowding/Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3 (overcrowded Both Units) per BOP policy program statement 1060.11 rated Cap for Bureau facilities (IE over 200% rated Cap)

> All forementioned Constitutional violations stated in "Class Action."

> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

---

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, __Jose Garcia__, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621; (OATH)].

By: __Jose Garcia  48310-074__
Signature of Affiant

__2/10/21__
Date

C/O _____
_____
_____
_____

# AFFIDAVIT

I, _Kenneth mims JR_____, herein "Affiant', being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release/cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure, living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringement "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary: 1x per week, laundry loop (pick up/drop off) 2x per week, town hall meetings (sporadically), mail call: 5x per week, mainline (chow): 3 per day, TV/Day Room Gatherings: Daily.

> Overcrowding/Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3 (overcrowded Both Units) per BOP policy program statement 1060.11 rated Cap for Bureau facilities (IE over 200% rated Cap)

> All forementioned Constitutional violations stated in "Class Action."

> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, _Kenneth mims JR_____, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;                    (OATH)].

By: _Kenneth mims 455-02-177_          2-10-21
Signature of Affiant                      Date

C/O _____
_____
_____
_____

# AFFIDAVIT

I, _Rudy R Tejeda_, herein "Affiant', being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release / cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st)

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringment " Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary : 1x per week, laundry loop (pick up/drop off) 2x per week, town hall meetings (sporadically), mail call : 5x per week, mainline (chow) : 3 per day, TV/Day Room Gatherings : Daily.

> Overcrowding / Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A & C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3 (overcrowded both Units) per BOP policy program statement 1060.11 rated Cap for Bureau facilities (ie over 200% rated Cap)

> All forementioned Constitutional violations stated in "Class Action."
> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, _Rudy R Tejeda_, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;           (OATH)].

By: _Rudy R Tejeda #47379380_          _2-10-21_
Signature of Affiant                          Date

C/O _____
_____
_____

# AFFIDAVIT

I, Kingsley Okuya _____, herein "Affiant", being duly sworn, depose, say and declare, by my signature that Affiant is competent to state the matters included in his AFFIDAVIT, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his AFFIDAVIT are true, correct, and not meant to mislead, and herein states:

> Reluctant release of inmates, inaccurate pattern scoring, repeatedly changing criteria for compassionate release/cares act, failure to identify inmates with underlying medical issues in order to transfer to less vulnerable custody.

> Lack of sanitation, lack of enforcement of wearing proper PPE equipment in both inmate to inmate and inmate to staff contact, soap refilled 3 times in bathrooms since pandemic lockdown (April 1st).

> Covid 19 testing, less than half of inmate population has been tested on FMC compound, failure to test staff adequately, failure to follow up testing in order to verify negative, positive and/or recovered status of inmates, continual influx of infected inmates into Both Units substantial risk exposure living with contemporary standards of human decency @ 70% positive test results (Lompoc) vs. 75-80% @ FMC, 8th Amendment right infringment "Cruel and unusual punishment, medical failed treatment and dispatch of infected inmates resulting in Double Digit loss of "LIFE."

> Breaches of Social Distancing, commissary: 1x per week, laundry loop (pick up/drop off) 2x per week, town hall meetings (sporadically), mail call: 5x per week, mainline (chow): 3 per day, TV/Day Room Gatherings: Daily.

> Overcrowding/Overpopulation (Both Units), 6 toilets per 344 inmates, 6 urinals per 344 inmates, 2 toilets on A&C side have no ventilation thus can only be washrooms, Alcoves, Range 2' & 3' (overcrowded Both Units) per BOP policy program statement 1060.11 rated cap for Bureau facilities (ie over 200% rated cap)

> All forementioned Constitutional violations stated in "Class Action."
> all Constitutional Deprivation for the entire "Class" due to BOP's failure and lack luster efforts to protects ALL Inmates

## VERIFICATION UNDER THE PENALTY OF PERJURY

I, Kingsley Okuya _____, over the legal age, do declare, verify, affirm, and/or state, under the penalty of perjury, that the foregoing is true, correct and complete, and not misleading, the truth, the whole truth and nothing but the truth, and that I have not divested any monies, property, or items of value for purpose of declaring, verifying, affirming, and/or stating this oat. [28 U.S.C. Sec. 1746(1); 18 U.S.C. Sec. 1621;     (OATH)].

By: _____ 00372-A80

Signature of Affiant

2/10/21

Date

C/O _____
_____
_____
_____